TODD KIM, Assistant Attorney General
S. JAY GOVINDAN, Section Chief
BRIDGET K. McNEIL, Assistant Chief
RICKEY D. TURNER, JR., Senior Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
999 18th Street, South Terrace, Suite 370
Denver, Colorado 80202
Tel: (303) 844-1373; Fax: (303) 844-1350
E-mail: rickey.turner@usdoj.gov

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| WASHINGTON COUNTY, UTAH ) | |
| ) | |
| Plaintiff, ) | **STIPULATED STAY** |
| ) | |
| v. ) | Case No. 4:24-cv-00067-DN-PK |
| ) | |
| U.S. DEPARTMENT OF THE ) | District Judge David Nuffer |
| INTERIOR; BUREAU OF LAND ) | |
| MANAGEMENT, and U.S. FISH AND ) | Magistrate Judge Paul Kohler |
| WILDLIFE SERVICE, ) | |
| ) | |
| Defendants. ) | |

Plaintiff, Washington County, Utah, and Defendants, the United States Department of the Interior, the United States Bureau of Land Management ("BLM"), and the United States Fish & Wildlife Service ("the Service) (collectively, "the Parties") stipulate to stay the current litigation and request the Court's approval. In support of the stipulation, the Parties state the following:

1. Plaintiff challenges the Service's March 8, 2024, withdrawal of its biological opinion supporting BLM's grant of a right-of-way for the Northern Corridor Highway Project ("ROW"). *See* ECF No. 2. The lawsuit also challenges the Service's and the BLM's reinitiation of consultation and withdrawal of the Northern Corridor biological opinion ("Northern Corridor BiOp") under Section 7 of the Endangered Species Act ("ESA"). *Id*. Plaintiff seeks declaratory and injunctive relief enjoining the Service from enforcing the Northern Corridor changed circumstance conservation measures contained in the 2021 incidental take permit where no Northern Corridor BiOp is issued; Plaintiff further seeks to require the Service to reverse its withdrawal of the Northern Corridor BiOp. *Id*.

2. Defendants deny that the agencies' decision are arbitrary, capricious, or otherwise contrary to law and deny that Plaintiff is entitled to this or any other relief. ECF No. 22.

3. As explained in Defendants' statement of position denying arbitrary and capricious action, Defendants anticipate taking action that they contend will moot Plaintiff's claims. *Id*.

4. For these reasons, the Parties stipulate to stay the current lawsuit until February 18, 2025.

5. The Parties recognize that Plaintiff might seek to amend its complaint in response to the new decision. If Plaintiff seeks to amend its complaint, Plaintiff will confer with Defendants 10 days in advance of February 18, 2025 about its proposed plans.

6. Plaintiff will advise the Court regarding its plan to proceed on the basis of the existing complaint, seek amendment, or seek dismissal on or before February 18, 2025.

November 3, 2024

Respectfully submitted,

/s/ Paul S. Weiland
PAUL S. WEILAND
DAVID J. MILLER
Nossaman LLP
18101 Von Karman Avenue, Suite 1800
Irvine, CA 92612
Telephone: 949.833.7800
pweiland@nossaman.com
dmiller@nossaman.com

ERIC CLARKE, County Attorney
DEVIN SNOW, Lead Civil Attorney
Washington County Attorney's Office
33 North 100 West
St. George, Utah 84770
Telephone: 435.301.7100
Eric.Clarke@wcattorney.com
Devin.Snow@wcattorney.com

*Counsel for Plaintiffs*


TODD KIM, Assistant Attorney General
S. JAY GOVINDAN, Section Chief
BRIDGET K. McNEIL, Assistant Chief

/s/ Rickey D. Turner, Jr.
RICKEY D. TURNER, JR.
Senior Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
999 18th Street, South Terrace, Suite 370
Denver, Colorado 80202
Tel: (303) 844-1373; Fax: (303) 844-1350
E-mail: rickey.turner@usdoj.gov

*Counsel for Defendants*

3

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed and served the foregoing with the Clerk of the Court for the United States District Court for the District of Utah using the CM/ECF system.

*/s/ Rickey D. Turner, Jr.*
*Attorney for Defendants*
