# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| WASHINGTON COUNTY, UTAH | ) |
| Plaintiff, | ) **ORDER GRANTING THE** |
| | ) **PARTIES' STIPULATED STAY** |
| v. | ) Case No. 4:24-cv-00067-DN-PK |
| U.S. DEPARTMENT OF THE INTERIOR; BUREAU OF LAND MANAGEMENT, and U.S. FISH AND WILDLIFE SERVICE, | ) District Judge David Nuffer |
| | ) Magistrate Judge Paul Kohler |
| Defendants. | ) |

After reviewing the Parties' stipulated stay, and finding good cause, the Court approves the stipulation and stays the current matter until February 18, 2025. Plaintiff shall confer with Defendants 10 days in advance of February 18, 2025 about its next steps and shall advise the Court regarding its plan to proceed on the

1

basis of the existing complaint, seek amendment, or seek dismissal on or before February 18, 2025.

DATED this 4th day of November, 2024

BY THE COURT:

PAUL KOHLER
United States Magistrate Judge