IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| WASHINGTON COUNTY, UTAH,<br><br>        Plaintiff,<br><br>vs.<br><br>U.S. DEPARTMENT OF THE INTERIOR; BUREAU OF LAND MANAGEMENT; U.S. FISH AND WILDLIFE SERVICE; and DOES 1 through 10, inclusive,<br><br>        Defendants. | **ORDER GRANTING MOTION TO EXTEND STAY**<br><br>Case No. 4:24-cv-00067-DN-PK<br><br>District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Based on the Second Stipulation to Extend Stay ("Motion")[1] and good cause appearing therefor,

IT IS HEREBY ORDERED that the Motion is GRANTED and this matter is STAYED until July 18, 2025. Plaintiff shall confer with Defendants 10 days in advance of July 18, 2025, about its next steps and shall file an update regarding its plan to proceed on the basis of the existing complaint, seek amendment and/or supplementation, or seek dismissal on or before July 18, 2025.

DATED this 17th day of March, 2025.

BY THE COURT:

David Nuffer
United States District Judge

---

[1] Docket no. 27, filed March 14, 2025.