IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF UTAH, CENTRAL DIVISION – SOUTHERN REGION

| | |
|---|---|
| WASHINGTON COUNTY, UTAH,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR; BUREAU OF LAND MANAGEMENT; U.S. FISH AND WILDLIFE SERVICE; and DOES 1 through 10, inclusive,<br><br>Defendants,<br><br>and<br><br>CONSERVE SOUTHWEST UTAH, *et. al.*,<br><br>Proposed Defendant-Intervenors. | **DECLARATION OF CHARLOTTE OVERBY**<br><br>Case No. 4:24-cv-00067-DN-PK<br><br>Judge David Nuffer<br>Magistrate Judge Paul Kohler |

### DECLARATION OF CHARLOTTE OVERBY

I, Charlotte Overby, declare as follows:

1. My name is Charlotte Overby and I am over the age of eighteen and competent to testify. I submit this Declaration on behalf of CLF based on my personal knowledge and beliefs.

2. I am a citizen of the United States and a resident of Santa Fe, New Mexico, where I have lived since April 2019. Prior to that, I lived in Durango, Colorado, for approximately seven- and one-half years.

1 — DECLARATION OF CHARLOTTE OVERBY

3. I am the Vice President of Conservation Field Programs at the Conservation Lands Foundation (CLF). I have worked at CLF since 2011.

**Organization History and Mission**

4. CLF is a non-profit organization exempt from taxation under 26 U.S.C. § 501(c)(3), incorporated under the laws of Delaware, and headquartered in Durango, Colorado. CLF maintains regional offices in the District of Columbia and six states. The address of CLF's main office headquarters is: 835 E. 2nd Ave. #305, Durango, CO, 81301.

5. CLF's mission is to protect, restore, and expand the National Conservation Lands through education, advocacy and partnerships. Its organizational purpose is to promote environmental conservancy through assisting the National Landscape Conservation System (or the National Conservation Lands). The National Conservation Lands encompass 38 million acres and 2,400 river miles of National Monuments, National Conservation Areas, Wilderness and Wilderness Study Areas, Wild and Scenic Rivers, National Scenic and Historic Trails, and other special designations. Red Cliffs National Conservation Area is part of the National Conservation Lands in Utah, in addition to Grand Staircase-Escalante and Bears Ears National Monument. CLF is the only non-profit in the country specifically dedicated to expanding and safeguarding the National Conservation Lands.

6. To fulfill its organizational purpose, CLF partners with other nonprofits and local grassroots organizations to protect, restore, and expand the National Conservation Lands through education, stewardship, and advocacy at local, state, and national levels. CLF invests a substantial amount of money in supporting land conservation, including through national monument designation.

7. CLF has dedicated millions of dollars in program expenses to campaigns focused on preserving and expanding national monuments and national conservation lands. For example, in 2018 and 2019, CLF dedicated over $2.5 million to such ends; in 2020 and 2021, CLF dedicated $2,050,000; in 2021 and 2022, CLF dedicated $2.9 million; and in 2023 and 2024, CLF dedicated $3.4 million.

8. CLF has also dedicated millions of dollars to communications regarding the importance of protection and expanding these special lands. For example, in 2020 and 2021, CLF dedicated $1.2 million to such ends; in 2021 and 2022, CLF dedicated $1.7 million; and in 2023 and 2024, CLF dedicated $1.7 million.

9. Critical to CLF's success and its mission is CLF's Friends Grassroots Network. One of CLF's founding principles and modes of operation is establishing, coordinating with, and supporting local nonprofit organizations dedicated exclusively to the protection of specific landscapes either through a National Conservation Lands designation or, for landscapes already protected within the system, through the continued conservation and restoration of those landscapes. CLF's founding organizational vision was to combine the power of local grassroots engagement, through the creation of its Friends Grassroots Network, with a sophisticated national strategy wherein dedicated staff and resources educate Congress, the Executive Branch, and the public about the National Conservation Lands system and the resources it protects.

10. Since its inception, CLF has grown its Friends Grassroots Network to over 80 organizations ("Friends Organizations") located in 11 states dedicated to the preservation of specific landscapes or regions. Friends Grassroots Network organizations conduct and organize a wide range of conservation-related activities in partnership with CLF and on CLF's behalf,

3 — DECLARATION OF CHARLOTTE OVERBY

including clean-up projects, trail maintenance and rebuilding, riverbank and stream restoration, removal of invasive species, closure of illegal roads, water quality monitoring, enhancement of wildlife habitat, and improvement of recreational access, and visitor education and services. Every year, Friends Grassroots Network members dedicate tens of thousands of hours to these sorts of activities. CLF provides services and organizational support to the Friends Grassroots Network organizations, including training related to organizational capacity building, volunteer recruitment and management, and fundraising. CLF and Friends Organizations also cooperate in public advocacy and education efforts to promote conservation of public lands.

11. To support its Friends Organizations, CLF staff provides resources such as campaign leadership, coaching and mentoring, financial and technical support for capacity building, communications training, and direct grants. CLF also provides Friends Organizations with technical advice, mentoring, tools and training to ensure successful on-the-ground projects, as well as effective advocacy and community education.

12. In 2018 and 2019, CLF dedicated over $5.7 million in program expenses to assisting and growing the Friends Grassroots Network; in 2020 and 2021 CLF dedicated nearly $5.8 million; and in 2021 and 2022, CLF dedicated $8.5 million. In 2023 and 2024, that number was $8.7 million. CLF's resources and expertise in government relations, advocacy, communications and outreach provide local advocates with insights into developments affecting the National Conservation Lands and the tools needed to influence those developments powerfully and persuasively. For example, in 2022, CLF facilitated 16 unique capacity-building/training opportunities for Friends Grassroots Network for 540 overall participants. This included ten webinars, three in-person leadership trainings, and three research projects to

develop training tools for the network. In 2023, we facilitated 10 unique webinars, three Washington, D.C. fly-ins for our Friends Grassroots Network and partners, and three in-person gatherings for various Friends Grassroots Network organizations, and attendees from state, Tribal, and partner organizations, and Bureau of Land Management staff. In 2024, we facilitated 14 educational webinars and hosted our Friends Summit in Salt Lake City, with 172 attendees from 74 partner organizations in attendance. Conserve Southwest Utah and other Utah-based organizations have participated in many of these trainings and gatherings.

13. In advancing its purpose, CLF has played a significant and critical role in expanding the National Conservation Lands. Consistent with its mission, CLF is involved in campaigns in Arizona, California, New Mexico, Colorado, Nevada, Oregon, and Utah that seek to add landscapes to the National Conservation Lands as either wilderness areas, national monuments, or national conservation areas and to improve management of National Conservation Lands.

**CLF's Engagement in the Red Cliffs National Conservation Area**

14. As Vice President of Conservation Field Programs, I oversee staff capacity and campaigns for specific areas in the National Conservation Lands; advise and lead legislative campaigns for potential new additions to the system; oversee CLF's grantmaking to non-profit Friends groups and other partners in all Western States, and lead our team to develop diverse and effective coalitions, strengthen grassroots advocacy, and empower partners to work at local levels toward globally significant conservation on public lands. Currently, a majority of our grant budget goes to Friends groups that are advancing volunteer stewardship and community education on existing national monuments or national conservation areas.

5 — DECLARATION OF CHARLOTTE OVERBY

15. Beginning in 2011, one of CLF's central initiatives has been to protect the two National Conservation Areas in southwest Utah – Red Cliffs and Beaver Dam Wash National Conservation Areas – to ensure these public lands are managed consistent with established conservation standards for the system. Our initial work with the Friends Grassroots Groups – and more specifically with Conservation Southwest Utah ("CSU") (then known as Citizens for Dixie's Future) – focused on helping it build on its successful campaign to designate the two National Conservation Areas, specifically to increase its capacity to participate in the resource management process. Our support and training helped the group understand how to engage in strategic public engagement, advocacy, and expert policy analysis and partner with local conservation groups. CLF envisioned and planned that its work on this conservation project would last through the Bureau of Land Management's ("BLM") approval of a final Resource Management Plan ("RMP"), at which time CLF intended to shift its time and resources to assisting additional organizations within the Friends Grassroots Network on other pressing conservation needs in the American West.

16. In the spring of 2010, CLF met with leaders of CSU in St. George, Utah. Following that meeting, CLF worked closely with CSU to develop a grant proposal for CLF. The grant proposal outlined the work CSU planned to do to prepare for their participation in the RMP, and the training, support, and funding that CLF would provide throughout the year.

17. In the summer of 2010, CLF worked with CSU to advocate for Land Water and Conservation Funding for the Red Cliffs National Conservation Area and to develop a response to the America's Great Outdoors Initiative, which was a plan by Secretary of the Interior Ken Salazar to gather input on how Americans want their public lands to be managed. CLF and CSU

participated in the Initiative by attending meetings and submitting comments on the importance of National Conservation Lands.

18. In October 2010, CLF approved a grant to CSU and paid for the group's leaders to attend the CLF annual Rendezvous in Santa Fe, New Mexico. The Friends' Rendezvous is an opportunity for the 60-plus Friends' Groups around the nation to come together for trainings and networking.

19. In the spring of 2011, CLF spent two days with CSU to develop a strategic plan in preparation for the release of the draft Red Cliffs and Beaver Dam Wash RMPs. CLF provided CSU with Policy Guidance for the National Conservation Lands and a grant of $7,400 to engage in the planning process.

20. In July 2011, CLF organized a day-long RMP strategy session with CSU and members of The Wilderness Society in the Washington City Library in Washington, Utah. During that meeting, the groups discussed the highway corridor and conservation standards for the Red Cliffs and Beaver Dam Wash National Conservation Areas as they relate to the entire system.

21. In March 2012, CLF held a two-day board and fundraising training for CSU in St. George.

22. Since 2010, CLF has granted a total of $442,503 to CSU to ensure the organization's financial stability and ability to engage in the RMP process.

23. CLF has also undertaken significant advocacy and public engagement efforts of its own in the fight to protect the Red Cliffs and Beaver Dam Wash National Conservation Areas. On August 17, 2015, CLF organized and also attended a meeting between then Utah State

Director Jenna Whitlock and members of CSU. During the meeting, CLF advocated for strong protections for the Red Cliffs and Beaver Dam Wash National Conservation Areas and the importance of an RMP that meets the established conservation standards.

24. On January 22, 2016, Utah Representatives Rob Bishop held a field hearing to address the Resource Management Plans in St. George Utah entitled, "Subcommittee on Federal Lands Oversight Field Hearing on Ensuring Local Input, Legal Consistency and Multi-Use Resource Management in St. George." CLF dedicated resources to organize and demonstrate support for the National Conservation Lands in this field hearing. CLF staff drafted and submitted testimony for the field hearing on behalf of board member and former Secretary of Interior Cecil Andrus. CLF also developed talking points for coalition partners to utilize in comments and the media. CLF staffer Jocelyn Torres attended the hearing and used social media to demonstrate widespread support for protecting the National Conservation Areas.

25. On November 16, 2015, CLF submitted comments on the draft Resource Management Plans for Red Cliffs and Beaver Dam Wash National Conservation Areas. CLF's comments focused on the legal and policy standards for management of units of the National Conservation Lands and our concern with permitting new Rights of Way within the Red Cliffs National Conservation Area and the development of the Northern Corridor.

26. Overall, CLF was actively involved in the administrative processes associated with the preparation of the RMPs for the Red Cliffs and Beaver Dam Wash National Conservation Areas. CLF engaged in these processes with CSU and on its own behalf to further CLF's mission and to protect the interests of the organization, its supporters, and its Friends Grassroots Network groups and their members.

**CLF's Involvement in 2021 Decisions Allowing Construction of the Northern Corridor Highway Through Red Cliffs National Conservation Area**

27. In 2021, BLM and FWS issued initial decisions approving the right-of-way to allow for the construction of the Northern Corridor Highway through Red Cliffs National Conservation Area. These decisions threatened CLF's interests in protecting Red Cliffs National Conservation Area and resulted in injuries to CLF. For that reason, CLF joined a coalition challenging the decisions in D.C. district court. On account of this threat to Red Cliffs, CLF has had to divert its employees' time and the organization's money away from other projects to work to restore the protections of this area that it has worked so hard to achieve. Absent these decisions, CLF would have been able to devote additional resources to its continuing efforts to expand, protect, and preserve the National Conservation Lands.

28. For example, CLF was forced to divert staff and other resources from ongoing proactive campaigns over the Owyhees in Oregon, Avi Kwe Ami in Nevada, Caja de Rio in New Mexico, and planning work in Utah including resource management plans for Grand Staircase Escalante National Monument and Bears Ears National Conservation Lands to instead defend Red Cliffs. Resources for these initiatives were and continue to be spent on fighting the Northern Corridor Highway through Red Cliffs National Conservation Area. In 2023 and early 2024, I personally had to spend at least twice as much time consulting with CSU board and staff on communications strategy and planning for outreach to their members and elected officials than I would otherwise have had to absent BLM's decisions. And because I had to spend so much time working to defend Red Cliffs, some pro-active campaigns I had been directly involved in had to take a back seat, such as the Dolores River National Conservation Area campaign. A Field Program Director who I supervise continues to meet with CSU at least quarterly via zoom,

sometimes more often, to consult with the executive director and staff on litigation and communications strategies.

29.  Additionally, CLF focused communications, outreach, and fundraising asks for Red Cliffs defense at the expense of other proactive campaigns. For instance, we highlighted the Red Cliffs campaign throughout our website blog over five times in the past two years as well as in annual reviews to our entire donor and supporter base.

30.  Since BLM's initial approval of the highway, CLF also hired two additional staff focused on planning and policy and a field director focused in Utah and Colorado. In particular, adding one of these new positions freed time for a supervisor to offer additional support to CSU. She has traveled to St. George and Las Vegas four times for meetings and to attend a community volunteer event for habitat restoration at Beaver Wash. Most recently she traveled to St. George in 2024 for an in-district House hearing. She provided strategy support to dispute claims and intentions of Congressman Mike Lee's "Houses" Act (Helping Open Underutilized Space to Ensure Shelter) and regularly supports the organization staff in their stewardship, outreach, advocacy, and communication work through mentorship, finding adequate resources, and event planning. CLF staff also advised CSU's executive director on goals and direction for a 70-age publication "Protect Red Cliffs – Art and Narratives of a Threatened Place."

31.  CLF's grantmaking to CSU In 2016 and 2017 enabled CSU to defend BLM's 2016 release of its Resource Management Plan for Red Cliffs National Conservation Area, which rejected local officials' demands to construct a four-lane highway through the National Conservation Area. Washington County officials, however, appealed the RMP and continued to push for construction of the highway through the National Conservation Area. CLF provided

funding and staff support to write and carry out strategies for defense, public outreach campaigns, and to support relationship-building with BLM and local elected officials to oppose the highway.

32. In September 2018, I led a group from St. George UT, made up of CSU staff and board, reps from Backcountry Horsemen, a tortoise biologist, and an advocate from the Shivwits Band of Paiutes, to Washington DC. The group successfully lobbied to defeat legislation sponsored by Utah Senator Mike Lee that would have authorized the highway's construction. This effort required CLF funding, extensive staff time: I traveled to DC with the group, and another CLF's Government Affairs Director secured meetings and provided help with all logistics in DC.

33. The local county government continued to pursue authorization for the highway by attempting to amend management plans and appeal to BLM for a right-of-way through Red Cliffs National Conservation Area. In response, CLF provided communications support and helped CSU mount a public outreach campaign to drive diverse community participation in the NEPA process in order to stop the plans from being amended. To support implementation of this public outreach campaign, I traveled to St. George in February 2019 to attend a community travel forum where I met with local planning and governing bodies, county commissioners, and BLM staff at the event to voice opposition to the proposed highway and its impact on the National Conservation Lands as a whole. CLF helped CSU develop their "Finding Common Ground on Public Lands" forums with a pro-active goal of generating civil and informed discourse about growth issues impacting Red Cliffs National Conservation Area and surrounding BLM lands.

34. Between 2019 and 2024, CLF and CSU developed 33 unique communications materials regarding the threat of the Northern Corridor Highway to Red Cliffs National Conservation Area and this ongoing litigation to protect Red Cliffs from harmful development, including media materials, social media toolkits, blog posts, and e-newsletters. For example, in 2020, we issued a e-newsletter informing members and supporters of the public comment period for the draft environmental impact statement that included a sample comment letter. We also issued several press releases regarding CSU's comments on the draft environmental impact statement. In 2021, we developed social media toolkits regarding this litigation over the Northern Corridor Highway decisions and issued more press releases over the same. In 2022–24, we similarly issued press releases and blog posts regarding this ongoing litigation to update and educate the public on the threats to Red Cliffs National Conservation Area.

35. In 2020, CLF's funding to CSU supported community outreach and education and, for the first time, focused on engaging the Latino/a community, the Shivwits Band of Paiutes, and high school students. CLF's funding continued to enable relationship building with local elected officials, new focus on building relationships with outside experts such as tortoise biologists/desert ecologists; and with traffic planners who could professionally analyze CSU's grassroots transportation alternatives to the Northern Corridor through Red Cliffs National Conservation Area.

36. In June of 2022, CLF's Government Affairs Director supported CSU's Public Lands Director when she came to DC to meet with Utah elected officials and speak in opposition to the proposed highway. Together they met with the staffs of Representative Chris Stewart, and Senators Lee and Romney. They met with BLM Deputy Director Nada Culver and reported out

on this meeting to Representatives Huffman and Grijalva's staff. They also met with David Brooks, Democratic Counsel on Senate Committee on Energy and Natural Resources, to brief him on the highway issue and continued threat of legislation from the Utah delegation.

37. Throughout 2024, CLF's Government Affairs Director regularly provided updates on the status of the proposed highway to House Natural Resources Committee Democratic staff, Senate Energy and Natural Resources Committee Democratic staff, and staff of members of both committees. In February 2025, CLF's Government Affairs Director briefed House Natural Resources Committee Democratic staff on the most recent developments on the Right-of-Way ahead of a House Natural Resources Federal Lands Subcommittee Hearing on February 11, 2025 that included Eric Clarke, County Attorney for Washington County, Utah as a witness.

**Washington County's Lawsuit Further Threatens CLF's Organizational Interests**

38. The 2021 lawsuit challenging BLM and FWS's initial approval of the right-of-way through Red Cliffs National Conservation Area resulted in a favorable out-of-court settlement with Plaintiffs, including CLF, and the voluntary remand of BLM and FWS's decisions.

39. CLF's extensive history of advocacy and its significant interests in the Red Cliffs NCA are again under threat, this time by Washington County's present lawsuit. Washington County seeks to upset the outcome of our settlement with the federal agencies and to undo the biological opinion prepared as a consequence of our prior advocacy and litigation. If Washington County achieved its requested relief, CLF's efforts toward protection of Red Cliffs would be set back, and the threats posed by construction of the highway and other development would be intensified. Washington County has also indicated that it may amend our supplement its case to

include challenges to the 2024 decisions denying the right-of-way, which further threaten CLF's interests in protecting Red Cliffs National Conservation Area.

40. Although CLF is hopeful that BLM and FWS will vigorously defend their 2024 decisions denying the right-of-way, CLF is concerned that the agencies will not adequately represent CLF's specific interests. The agencies' positions on this issue have been inconsistent over time. Most concerning is that in 2021 the agencies issued decisions approving the right-of-way for the Northern Corridor highway through Red Cliffs, and only after the lawsuit brought by CLF and other groups, revised its analysis and denied the right-of-way. CLF is concerned that the federal agencies may reverse course again, with the pressure of a new lawsuit. Accordingly, CLF seeks to participate in this case in order to defend its longstanding interests in Red Cliffs National Conservation Area in litigation or settlement of this action. CLF's particular interests in the protection of Red Cliffs is not the same as the Federal Defendants' much broader interests. CLF may need to present to the court different and additional information based on its long involvement in advocating for the protection of Red Cliffs National Conservation Area. CLF thus seeks to intervene on behalf of the Federal Defendants to ensure its interests in protecting Red Cliffs National Conservation Area are adequately represented by BLM and FWS's defense of their decisions.

41. Overall, CLF has dedicated significant time and resources to advocacy surrounding protecting Red Cliffs National Conservation Area. CLF and CSU have diverted resources from other important stewardship and conservation projects towards programs to protect the Red Cliffs National Conservation Area—actions that CLF would not have undertaken but for BLM's initial decisions authorizing a highway through the National Conservation Area.

14 — DECLARATION OF CHARLOTTE OVERBY

After the RMP process, CLF had intended to shift focus from Red Cliffs to other Friends groups and pressing conservation needs. But because of the decisions granting the right-of-way to allow construction of the Northern Corridor Highway through Red Cliffs and the resulting remand process, CLF has had to sustain substantial financial and other resources engaging in this matter to protect Red Cliffs, diverting time and attention from other conservation matters. Washington County's lawsuit threatens CLF's interests and may result in further injury to CLF. Thus, an order by the court affirming BLM and Fish and Wildlife Service's decisions would allow CLF to finally refocus its resources to proactive campaigns over National Conservation Lands.

I declare under penalty of perjury under the laws of the United States of America that, to the best of my knowledge, the foregoing is true and correct.

Executed on this 9th day of September 2025.

/s/ Charlotte Overby
*(Signed by Hanna Larsen with permission of Charlotte Overby)*
/s/ Hanna Larsen
