IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF UTAH, SOUTHERN REGION DIVISION

| | |
|---|---|
| WASHINGTON COUNTY, UTAH,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR; BUREAU OF LAND MANAGEMENT; U.S. FISH AND WILDLIFE SERVICE; and DOES 1 through 10, inclusive,<br><br>    Defendants,<br><br>  and<br><br>CONSERVE SOUTHWEST UTAH; CONSERVATION LANDS FOUNDATION; CENTER FOR BIOLOGICAL DIVERSITY; SOUTHERN UTAH WILDERNESS ALLIANCE; WILDERNESS SOCIETY; and WILDEARTH GUARDIANS,<br><br>    Proposed Defendant-Intervenors. | Case No. 4:24-cv-00067-DN-PK |

**DECLARATION OF DR. KATHLEEN CORR**

I, Dr. Kathleen Corr, with full knowledge of the penalties for perjury, declare as follows:

    1.    The facts set forth in this declaration are based on my personal knowledge. If called as a witness in these proceedings, I could and would testify competently to these facts.

    2.    I reside in Springdale, a community in Washington County, Utah. I have resided in Springdale since 2000, though I spent part of each year from 2004 through 2012 caring for my handicapped father in New Jersey and closing down my parent's home. I was also in New Jersey

1 — DECLARATION OF DR. KATHLEEN CORR

from mid-July 2022 until January 6, 2023 to sort through the household and personal belongings of my parents and one set of grandparents that had been in storage.

    3.    I have been a member of WildEarth Guardians ("Guardians") since 2011 and most recently renewed my membership in November 2024. Guardians is a non-profit organization dedicated to protecting and restoring the wildlife, wild places, wild rivers, and health of the American West. Guardians advocates for the protection of federal public lands, including public lands in Utah, from the harms of resource extraction and other development. Guardians also advocates for the protection of species listed under the Endangered Species Act, including the protection of such species' habitat. Guardians regularly participates in BLM's land use planning processes for the public lands it manages. Guardians regularly submits comments on specific BLM proposals that would develop public lands or harm listed species. Guardians has its headquarters in Santa Fe, New Mexico and maintains offices in Denver, Colorado; Missoula, Montana; Portland, Oregon; Seattle, Washington; and Tucson, Arizona. Guardians has 6,741 members, including many who recreate on federal public lands in Utah, and specifically in the Red Cliffs National Conservation Area ("NCA") and Red Cliffs Desert Reserve ("Reserve").

    4.    Guardians has a long-standing interest in the protection and preservation of public lands in Utah, including the NCA and Red Cliffs Reserve lands that would be harmed by the construction, use, and maintenance of the proposed Northern Corridor Highway. Guardians has a long-standing interest in the protection and preservation of the Mojave desert tortoises that reside within the Red Cliffs. Guardians also has a long-standing interest in BLM's compliance with federal environmental and historic preservation laws. Over the past five years, Guardians has advocated for BLM denying rights-of-way to the Utah Department of Transportation for the

2 — DECLARATION OF DR. KATHLEEN CORR

Northern Corridor Highway in order to protect the NCA and RCDR and the Mojave desert tortoises that live within their boundaries.

5.  Guardians staff and members, including me, use public lands in the Red Cliffs National Conservation Area for recreational, aesthetic, scientific, and other purposes. Guardians staff and members, including me, regularly visit the NCA and Reserve for hiking, climbing, wildlife watching, photography, spiritual restoration, and other recreational and educational pursuits. Guardians staff and members have engaged in these activities in the NCA and Reserve, including in the location where the Northern Corridor Highway and associated impacts would be located, in the past, and look forward to continuing to visit in the future.

6.  I recently completed my Ph.D. in Geoscience at the University of Massachusetts Amherst. My research focused on the Zion Canyon riparian ecosystem in Zion National Park, specifically on the climatic factors that influenced early resource management decisions that led to the channeling of the Virgin River and subsequent long-term impacts to the Park's major riparian forest species: the Fremont Cottonwood.

7.  While completing my doctorate I was an instructor at Utah Tech University, formerly known as Dixie State University, in St. George, Utah, where I taught Communication and Geography courses.

8.  When I worked as a Geography instructor at Utah Tech University, I communicated regularly with students about the value of preserving intact ecosystems, stressing the mutual benefits that humans and other species—both flora and fauna—provide each other, as well as the importance of addressing the needs of indigenous species when conducting long-range community planning. The Red Cliffs Desert Reserve and later the Red Cliffs National

Conservation Area were created with this kind of long-range mutuality and ecological sustainability in mind.

9. As a long-term resident of Washington County, I have witnessed firsthand its significant population growth. My 2020 appointment to the Springdale Historic Commission has given me additional insight into the negative impacts the county's population growth has had on its wild lands. My extensive doctoral research in the archives of Zion National Park on its natural and human settlement history has also deepened my understanding of human-caused impacts both intentional and unforeseen on the local landscape, ecosystems, and culture. In a county that depends on tourism for its economic stability ensuring the health and beauty of the environment is paramount.

10. As a member of Guardians, I have visited and enjoyed public lands within the Red Cliffs NCA on many occasions since I moved to Springdale in 2000. On my visits to the NCA, I have visited rock climbing areas with climbers and other friends, gone hiking, taken photographs, viewed wildlife and landscapes, and found personal peace and restoration from the unspoiled and intact desert ecosystem.

11. I hiked in Snow Canyon with friends on several occasions between 2006 and 2009. Its stunning beauty took me by surprise, and the exertion—after having hiked all the trails in Zion National Park—was happily more than I had anticipated. More recently, on at least six different occasions in fall of 2021 and spring of 2022, I visited Snow Canyon State Park and hiked the Lava Flows, White Rocks, White Rocks Amphitheater and Butterfly trails. Who knew there were intact lava tubes in the St. George area! I thought I had to go to Hawaii for these. There are several lava tubes on the Lava Flows trail where hikers like myself can descend into and understand the historic volcanic period of southern Utah first-hand. The White Rocks Trail is

lined with native wildflowers like the purple sage and globe mallow and one can see the boundary between the pinyon-juniper woodlands and the northern reaches of the Sonoran and eastern ranges of the Mojave deserts. The Butterfly trail extends the White Rocks trail, and along the way, there is a human-sized rock formation that resembles a butterfly, making it a great photo opportunity, as a person can jump between the rocks that form the wings and become the center of the butterfly.

      12.     In 2017, 2018, 2020, 2021, 2022, 2023, and 2024, I parked at the Pioneer Hills Trailhead and hiked for several hours on the Pioneer Hills Trail, Pioneer Rim Trail and T-Bone Trail. I like the Pioneer Hills Trailhead because it is quite close to St. George, and easy to access. The Trailhead leads to a suite of trails where there is quiet, peace, exquisite views, and an opportunity for exercise and solitude. Families, college students—because it is so close to Utah Tech—and hikers of every age use this nexus of trail opportunities. I so enjoy hiking through the wide-open exhilarating and inspiring landscapes, and geological formations that compose the Red Cliffs Desert Reserve. It is quiet enough and far enough away from traffic to be able to listen for bird songs and calls or to hear small mammals moving in the environment. There are also flowers and plants that are fun to identify and learn about. These hikes have restored my inner calm and brought me back to a spiritual and emotional center by refreshing my mind and body after stressful periods at work, especially after long periods in front of computers and behind the wheel in ever-increasing St George traffic.

      13.     In 2019, I visited the Chuckwalla climbing site several times with a group of people in their late teens and early twenties who grew up in southern Utah. I have known them since they were toddlers. They wanted me to see their favorite local climbing area and show me what climbing is, and to see if I would like to try it in the future. It was a happy day, spotting and

5 — DECLARATION OF DR. KATHLEEN CORR

helping each other in healthy, strength-building activities in nature near our hometown of Springdale.

15. On October 10, 2020, I hiked the T-Bone trail to Cottonwood Road and then back to Pioneer Park. Due to covid I needed to get out and away from Springdale. On this hike I just wanted to be outside away from everything and everyone breathing clean air seeing natural beauty and was able to do this hike between errands in St. George.

15. On January 7, 2021, I visited the Red Cliffs National Conservation Area with a friend. We hiked the T-Bone Trail, starting at Pioneer Park to the T Bone Trailhead on Cottonwood Road, and then returned to Pioneer Park, for approximately four miles round trip. On the hike, we took photographs, appreciated the clean air and relative solitude, enjoyed the landscape of colored rocks, and looked for wildlife.

16. On May 15, 2021, I again visited the Red Cliffs Conservation Area with a friend. We also hiked the T-Bone Trail, starting at Pioneer Park. We hiked it round trip for a total of four miles. On the hike we took pictures of the views, and we stopped to see some spring flowers blooming. We also looked for desert tortoise tracks.

17. On March 12, 2022, I parked at Tank trail parking and walked two miles out and then back for a total of four miles on the Middleton Power Connector trail. On this hike I looked for blooming wildflowers and migrating birds. I hadn't been out on this trail before and wanted to see what it was like. I liked it, as it had more good views and flowers.

18. On October 21, 2023, I visited the NCA and hiked the Tank Trail out to the Middleton Power Connector trail for a four-mile roundtrip hike. On January 20 and February 17 2024, I repeated the hike. On October 19, 2024, I hiked the T-Bone Trail.

6 — DECLARATION OF DR. KATHLEEN CORR

19. On my visits to the Red Cliffs NCA I am always on the lookout for desert wildlife, including cougars, bobcats, gray foxes, Gila monsters, desert tortoises, chuckwallas, whiptail and collared lizards, rattlesnakes, California and Sonoran kingsnakes, and numerous species of birds. I have observed that bird numbers have declined. In the past five years I haven't seen as many species of birds as I have seen in my early years in Washington County. So hearing and seeing those that can thrive in the ecosystem of the Red Cliffs Reserve makes me hopeful, as human beings need nature to restore their minds and bodies with all the natural and intact ecosystems can offer. The National Park and Reserve systems were inspired by the philosophy of the European, and then American, Parks movement led by Frederick Law Olmstead. He wholeheartedly found that access to nature near urban centers helps people be able to handle their work and family life stressors. Being outside and in Red Cliffs, away from human infrastructure and interference, gives me happiness in a way nothing else can. The value of Red Cliffs Desert Reserve wilderness is unmeasurable and needs to be kept whole and as is for future generations who may need it for physical, emotional and mental well-being even more than we locals do now!

20. Due to a foot injury, I have had limited ability to walk more than a mile for the first half of 2025. My foot is healing, and I have plans to visit the NCA in late fall of 2025 with a friend. We will be taking a hike that starts at the Tank Trailhead and proceeds to the Cottontail Trail until it hits the Reserve Boundary, and then we will hike back to Tank. I will again be taking photographs, enjoying the clean air and beautiful rock landscape, and looking for wildlife. While I have not determined specific dates for other future visits, I intend to enjoy the NCA on a regular basis for as long as I reside in Washington County.

7 — DECLARATION OF DR. KATHLEEN CORR

21. The Bureau of Land Management ("BLM") and U.S. Fish and Wildlife Service's ("FWS") initial decisions in 2021 to issue a right-of-way across the Red Cliffs National Conservation Area, permitting the Utah Department of Transportation ("UDOT") to construct a Northern Corridor Highway from the Red Hills Parkway north of St. George to Green Springs Drive in the north end of Washington, Utah harmed my interests in this important area.

22. In issuing the prior decisions approving the Northern Corridor Highway, BLM and FWS failed to comply with the National Environmental Policy Act, Federal Land Policy and Management Act, Endangered Species Act and other statutory and regulatory obligations. The right-of-way through Red Cliffs would have led to adverse impacts to the health and integrity of Red Cliffs' wildlife, ecosystem, scenic views and sense of solitude during and after construction of the highway. The decisions, if upheld, would have directly harmed my aesthetic, recreational, spiritual, and scenic interests and those of other Guardians members because an unnecessary highway through the heart of the NCA would irreparably diminish the recreational, ecological, and aesthetic values of the Red Cliffs that are important to my and other members' continued use and enjoyment of this place.

23. BLM and FWS's prior decisions also undermined the balance between natural habitats and human development already established with the designation of the Red Cliffs National Conservation Area to preserve a high-quality clean environment for people and desert species in greater St. George. I have observed and am very familiar with the adverse impacts resulting from increased and unchecked development, including ever-expanding highways, roads, and associated services, construction, light, noise, pollution, and degraded air quality that has begun to encroach on St. George. The decisions represented the opposite of mutually beneficial long-term planning and would have inevitably led to additional traffic and sprawl in

the greater St. George area. Studies have shown that new highways meant to alleviate traffic congestion ultimately result in more cars on roads within a metropolitan area because commuters respond to the initial reduction in congestion by driving more often, and new residents are drawn to the region by the fleeting initial reduction in traffic congestion. The additional traffic and sprawl would further harm greater St. George's air quality, which has degraded significantly since I moved to the region in 2000. There is already a smog layer developing over St. George and possibly an inversion layer as well. The Northern Corridor Highway would degrade the quality of my life here in southern Utah by reducing air quality, peace and quiet, and the quality of natural open spaces, while harming human health.

24. Because of these harms, Guardians joined a coalition of other plaintiffs in litigation against BLM and FWS over its 2021 decisions to approve a right-of-way for the Northern Corridor Highway, make related amendments to relevant resource management plans, and issue biological opinions and incidental take permits under the Endangered Species Act ("ESA"). In 2023, we entered into a settlement agreement with the federal agencies. Under that agreement, the agencies would voluntarily remand its decisions from the D.C. District Court, undertake new consultation with FWS, and undertake new decisionmaking processes and environmental analyses relating to the right-of-way for the Northern Corridor Highway.

25. I support BLM and FWS's 2024 decisions denying the right-of-way for the Northern Corridor Highway through Red Cliffs NCA. I was heartened when we came to a compromise settlement agreement with the agencies that sent the decisions back for further review of the environmental impacts of the Northern Corridor Highway.

26. Washington County's new lawsuit threatens to undermine that outcome and to revive the threats to the environmental interests of me and other Guardians members. The

9 — DECLARATION OF DR. KATHLEEN CORR

lawsuit seeks to reverse the new analyses under the ESA that we secured through our settlement and may potentially be amended to include new challenges to the right-of-way denial. Such an outcome would set back Guardians' conservation advocacy progress and would impose new risks of environmental harm and harm to Guardians' members in the Red Cliffs area.

27. Accordingly, if Washington County is successful in this litigation, I will be injured as described above. A court order affirming the agencies' decisions will protect my interests in this important area.

Pursuant to 28 U.S.C. § 1746, I declare, under penalty of perjury, that the foregoing is true and correct.

Executed this 11th day of September, 2025.

/s/ Dr. Kathleen Corr
*(Signed by Hanna Larsen with permission of Dr. Kathleen Corr)*
/s/ Hanna Larsen