# IN THE UNITED STATES DISTRICT COURT FOR THE

# DISTRICT OF UTAH, CENTRAL DIVISION – SOUTHERN REGION

| | |
|---|---|
| WASHINGTON COUNTY, UTAH,<br><br>   Plaintiff,<br><br>   v.<br><br>U.S. DEPARTMENT OF THE INTERIOR; BUREAU OF LAND MANAGEMENT; U.S. FISH AND WILDLIFE SERVICE; and DOES 1 through 10, inclusive,<br><br>   Defendants,<br><br>   and<br><br>CONSERVE SOUTHWEST UTAH, *et. al.*,<br><br>   Proposed Defendant-Intervenors. | **DECLARATION OF RICHARD SPOTTS**<br><br>Case No. 4:24-cv-00067-DN-PK<br><br><br>Judge David Nuffer<br>Magistrate Judge Paul Kohler |

## DECLARATION OF RICHARD SPOTTS

I, Richard Spotts, declare as follows:

   1.    The following facts are personally known to me, and if called as a witness, I would and could truthfully testify to these facts in a judicial forum.

**My Education**

1 — DECLARATION OF RICHARD SPOTTS

2.  I hold a Juris Doctor degree from Loyola University School of Law in Los Angeles (June 1977). I was President of the Environmental Law Society and on the Dean's List the Spring of 1976 and 1977. During my second year in law school, I worked as an intern in the Environmental Unit of the California Attorney General's office in Los Angeles. This work primarily involved researching court decisions and statutory or regulatory changes relating to the National Environmental Policy Act (NEPA) and the similar California Environmental Quality Act (CEQA). I then summarized my research findings for use in a publication that helped the public understand these laws.

3.  I hold a Bachelor of Arts degree (Political Science Pre-Legal) from California State University at Los Angeles (June 1974) and an Associate in Arts degree from East Los Angeles College (June 1972).

**My Professional Interest in NEPA, ESA, and Mojave Desert Tortoise Conservation**

4.  I have been retired since 2017, but immediately prior to retiring, I was the Planning and Environmental Coordinator for the U.S. Bureau of Land Management's (BLM) Arizona Strip District Office from October 2002 to April 2017 (St. George, Utah). During this time, I was responsible for supervising the district's NEPA compliance process and reviewing draft and final documents to ensure compliance with NEPA and other related requirements. I represented this district office at meetings, including those related to Mojave desert tortoises and revision of the U.S. Fish and Wildlife Service's (FWS) associated recovery plan. I recommended revisions to the district office's NEPA policies and procedures, some of which were approved by managers. I was involved in the district office's Resource Management Plan (RMP) work including the processing of RMP plan maintenance documents. This district included two BLM

national monuments, eight statutory wilderness areas, and critical habitats for the Endangered Species Act (ESA) listed, threatened Mojave desert tortoise.

5. Prior to working as Planning and Environmental Coordinator for the BLM, my career spanned a wide range of land management and conservation-minded positions, many of which are directly relevant to my concerns and interests surrounding the Northern Corridor Highway proposal. These positions, among others, included serving as California Representative for Defenders of Wildlife, where I organized a successful campaign to obtain Congressional funding for BLM's willing seller acquisition of crucial private inholdings within critical habitats for the threatened Mojave desert tortoise in the Desert Tortoise Natural Area and Chuckwalla Bench Area of Critical Environmental Concern (ACEC). I was on the Defenders' team that prepared and submitted the successful formal listing petition under the ESA to the FWS for this species.

**My Personal Interest in NEPA, ESA, and Mojave Desert Tortoise Conservation**

6. I grew up in southern California and had several trips to the Mojave desert as a teenager and young adult. I developed an early fascination with and appreciation for desert wildlife species, especially the Mojave desert tortoise. My strong interest in tortoises and their conservation has continued throughout my life up to the present day. I am proud that my tortoise conservation efforts were acknowledged by Desert Tortoise Council annual awards in 1992 and 2020, and by Desert Tortoise Preserve Committee awards in 1987 and 1989.

7. During my time living in southwest Utah (October 2002 to present), as a concerned private citizen on my personal time at home and not in any BLM role, I have actively followed many tortoise related NEPA and ESA issues. Since my retirement in April 2017, I have

greatly increased this level of personal tortoise related conservation involvement. I have reviewed and submitted personal comments on many BLM tortoise related NEPA documents.

8. As a private citizen, I submitted extensive scoping comments to BLM and FWS for preparation of the Northern Corridor Highway Draft Environmental Impact Statement (DEIS). I then submitted extensive comments on that BLM and FWS DEIS. I also submitted a formal ESA objection to FWS challenging the adequacy of Washington County's draft Habitat Conservation Plan (HCP).

9. As a local volunteer, I assisted Conserve Southwest Utah and the Red Cliffs Conservation Coalition in the preparation of their comprehensive Northern Corridor Highway scoping and later DEIS comments. Among other things, I identified lists of potential legal and scientific challenges to both the NEPA adequacy of the DEIS and the ESA adequacy of the draft HCP.

10. As a private citizen, I am a member of many environmental groups involved in tortoise conservation and public lands management, including several of those participating in the Red Cliffs Conservation Coalition.

11. I am an active member of the Center for Biological Diversity (the Center), and have been since 2000. The Center is a tax-exempt, non-profit, membership organization with over 89,000 members. The Center is based in Tucson, Arizona, with staff and members living and working in Utah. The Center is dedicated to protecting biodiversity and human health-based conservation of native ecosystems including on public lands. The Center believes that the health and vigor of human societies and the integrity and wildness of the natural environment are closely linked and that, beyond their extraordinary intrinsic value, animals and plants, in their

distinctness and variety, offer irreplaceable emotional, spiritual, and physical benefits to our lives and play an integral part in culture. Their loss, which parallels the loss of diversity within and among human civilizations, impoverishes us beyond repair.

12.     I am also an active member of the Southern Utah Wilderness Alliance (SUWA), and have been a member since 1994. SUWA, based in Salt Lake City, Utah, has more than 14,000 members from all fifty states and several foreign countries. SUWA's mission is the preservation of the outstanding wilderness and other sensitive public lands at the heart of the Colorado Plateau. SUWA advocates for management of these lands, and the associated natural and cultural resources, in their natural state for the benefit of all Americans. SUWA promotes local and national recognition of the region's unique character through research and public education; supports both administrative and legislative initiatives to permanently protect Utah's wild places within the National Park and National Wilderness Preservation System or by other protective designations where appropriate; builds support for such initiatives on both the local and national level; and provides leadership within the conservation movement through uncompromising advocacy for wilderness preservation. The BLM frequently solicits SUWA's input and participation in the land use planning and other decision-making processes for a variety of resource decisions and site-specific projects, and SUWA actively participates in all levels of the BLM's decision-making process. SUWA has offices in Washington, D.C., Moab, Utah and Salt Lake City, Utah.

13.     SUWA members and staff have a well-demonstrated interest in the preservation and protection of Utah's remarkable BLM-managed public lands and resources, as well as in the BLM's compliance with federal environmental and historic preservation laws. SUWA's

members and staff are interested in the federal public lands comprising the Red Cliffs National Conservation Area (NCA). In 2017, SUWA intervened on behalf of the BLM in an administrative appeal filed by Washington County, the City of St. George, and the Washington County Water Conservancy District that challenged the RMPs for the Beaver Dam Wash and Red Cliffs NCAs, in hopes of increasing the amount of development that could occur within both NCAs, including highways and transportation corridors.

14. SUWA members and staff enjoy hiking, camping, wildlife watching, bird watching, viewing and learning about historic and cultural resources, contemplation, solitude, photography, and other activities on public lands. The Red Cliffs NCA would be adversely impacted by the proposed Northern Corridor Highway, which would bisect and impair important habitat for wildlife such at the Mojave desert tortoise, harm cultural resource sites such as petroglyph panels, and detract from the naturalness of the area and interfere with members' ability to find solitude free from the visual blight, light pollution, and sound that a highway corridor will bring.

15. I am also an active member of WildEarth Guardians (Guardians), and have been since 2002. Guardians is a non-profit organization dedicated to protecting and restoring the wildlife, wild places, wild rivers, and health of the American West. Guardians advocates for the protection of federal public lands, including public lands in Utah, from the harms of resource extraction and other development. Guardians also advocates for the protection of species listed under the Endangered Species Act, including the protection of such species' habitat. Guardians regularly participates in BLM's land use planning processes for the public lands it manages. Guardians regularly submits comments on specific BLM proposals that would develop public

lands or harm listed species. Guardians has its headquarters in Santa Fe, New Mexico and maintains offices in Denver, Colorado; Missoula, Montana; Portland, Oregon; Seattle, Washington; and Tucson, Arizona. Guardians has more than 7000 members.

16. Guardians has a long-standing interest in the protection and preservation of public lands in Utah, including the NCA and Red Cliffs Desert Reserve (lands that would be harmed by the construction, use, and maintenance of the proposed Northern Corridor Highway). Guardians has a long-standing interest in the protection and preservation of the Mojave desert tortoises that reside within the Red Cliffs. Guardians also has a long-standing interest in BLM's compliance with federal environmental and historic preservation laws. Guardians has advocated for BLM denying rights-of-way to the Utah Department of Transportation for the Northern Corridor Highway in order to protect the NCA and RCDR and the Mojave desert tortoises that live within their boundaries.

17. I am also an active member of The Wilderness Society (TWS), and have been a member since August 2018. TWS is a non-profit organization with a mission to unite people to protect America's wild places. Established in 1935, TWS works to protect public lands across the United States to ensure future generations will enjoy clean air and water, wildlife, natural beauty, opportunities for recreation, and spiritual renewal that pristine forests, rivers, deserts, and mountains provide.

18. TWS has a continuing interest in ensuring the protection of public lands under the jurisdiction of the BLM through the agency's land management planning process. TWS has a long history of advocating for and protecting lands in Utah, including the Red Cliffs NCA. TWS's staff and former president, Bill Meadows, were greatly involved in efforts by Senator

Robert Bennett to negotiate the Washington County Growth and Conservation Act, which led to the designation of the Red Cliffs NCA in the Omnibus Public Land Management Act of 2009. Since then, TWS has been actively involved in BLM's resource management planning process for the NCA, including by submitting detailed comments at every stage of the planning process, meeting with BLM staffers, attending public meetings, and educating its members about the issues surrounding the RMPs.

19. The Center, SUWA, Guardians, and TWS participated in the public process surrounding the BLM's initial decision to approve a right-of-way for a new four-lane highway through the Red Cliffs NCA and Mojave desert tortoise critical habitat. The Center, SUWA, Guardians, and TWS submitted comments during scoping and on the DEIS to Consider a Highway Right-of-Way, Amended HCP and Issuance of an Incidental Take Permit for the Mojave Desert Tortoise, and Proposed RMP Amendments, Washington County, UT. The Center, SUWA, Guardians, and TWS also submitted a timely protest of BLM's Proposed RMP Amendment and Final Environmental Impact Statement (FEIS) for the Northern Corridor Highway.

20. The Center, SUWA, Guardians, and TWS also participated in litigation, initiated in 2021, over BLM's decision to approve the highway right-of-way and make related resource management plan amendments, as well as over related biological opinions and an incidental take permit issued by the Fish and Wildlife Service. The organizations negotiated a settlement with the agencies and received an order from the court in that case remanding the challenged decisions.

21. As a private citizen since my retirement, for many years, I consistently attended (in person and via Zoom) the Washington County Habitat Conservation Advisory Committee (HCAC) meetings relating to tortoise conservation and current HCP administration. During that time, I frequently submitted email and verbal comments for consideration at these HCAC meetings.

**My Personal Interest in the BLM Red Cliffs National Conservation Area and Red Cliffs Desert Reserve**

22. Since moving to Washington County in 2002, I have developed and maintained a strong personal interest in the proper management of the BLM Red Cliffs NCA and RCDR and the protection of the threatened tortoises that reside therein. During my first few years as a county resident, I lived with my family in Diamond Valley—a small, rural community just north of the RCDR's northern boundary (the NCA was established in 2009). I greatly enjoyed hiking and exploring in the proximate portion of the RCDR. For example, on several occasions, I drove to the nearby Lava Ridge trailhead, and then hiked south on the Alger Hollow and Lange's Dugway trails. I later moved down to Saint George, but I continued my interest in hiking in the RCDR (and NCA upon its establishment). I have visited Pioneer Park and hiked north on the T-Bone trail. I have driven up Cottonwood Road in the NCA and RCDR and stopped to admire the natural scenery. I frequently drive in both directions on Red Hills Parkway at the southern end of the NCA and RCDR when going to my bank or running other errands to the west of where I live.

23. Based on my extensive and ongoing use and enjoyment of the RCDR since 2002, and the NCA since its establishment in 2009, I deeply care about the protection of these areas for their scenic, recreational, and other values, as well as for my own use and enjoyment of those values. My visits were spiritually enriching as chances to briefly escape urban life and be

9 — DECLARATION OF RICHARD SPOTTS

immersed in wild nature. I live in Washington County which is one of the fastest growing counties in the nation, and most of this growth sadly resembles poorly planned "sprawl." Open spaces and wildlife habitats that existed when I moved here in 2002 are now replaced by expanding subdivisions and road networks. There are decreasing opportunities to experience wild nature near where I live, so the remaining opportunities are increasing in value.

24. As I have done so many times in the past, I intend to continue to visit the RCDR and NCA on many future occasions and to benefit from the scenic beauty, healthy hiking, solitude, and spiritual enrichment that those visits provide. For example, I intend future RCDR and NCA hikes especially during the spring and fall with more moderate weather and a greater likelihood of viewing tortoises in the wild.

25. I believe that if protected areas like the RCDR and NCA can be significantly harmed and degraded by the Northern Corridor Highway, and county officials succeed in reneging on their original HCP RCDR commitment, then nowhere is ultimately safe from new highways and associated sprawl-inducing development. Can protective words and intent on paper, whether in statute or a HCP, be relied upon if they can be abrogated at any time for political expediency?

26. If the Northern Corridor Highway is constructed, it would fundamentally change the natural character of this central portion of the RCDR and NCA. It would therefore greatly diminish if not eliminate, the scenic, recreational, and other values that I have and hold dear, and that I wish to continue to experience in the future.

27. Even beyond those significant injuries, the Northern Corridor Highway's existence would break my spirit and faith in government keeping its word, and my future visits

would be irreparably tainted by the profound stench of this betrayal. I fervently believe that approval of the Highway would violate and conflict with the most basic original HCP purpose for the RCDR as well as the explicit statutory conservation purposes for the NCA. This is especially true given there are better and less environmentally destructive feasible alternatives outside of the RCDR and NCA.

28. I thus enthusiastically support BLM's decision to deny the Northern Corridor Highway approval this time around. Still, I worry that Washington County's lawsuit may result in a renewed threat of harm to Red Cliffs NCA and Mojave desert tortoise, including potentially the re-approval of the Northern Corridor Highway, thereby injuring me.

29. I know that the basic goal for FWS and other federal agencies is for an ESA listed species to ultimately recover to the point that de-listing is appropriate. By any measure, FWS and BLM have in the past utterly failed by working at cross purposes with this statutory goal. These agencies have approved scores of harmful projects and land uses that have cumulatively been devastating to tortoise populations. The scientific facts are clear and well-documented. Mojave desert tortoises have rapidly and substantially declined throughout most of their historic range since their 1990 ESA listing. This decline has and continues to occur in four of the five FWS tortoise recovery units. Similarly, serious tortoise declines have occurred and continue to occur in Washington County. These declines have been documented in the RCDR, NCA, and Upper Virgin River Recovery Unit. These declines were greatly accelerated by four large fires in RCDR and NCA tortoise habitats in 2020 alone.

30. I am particularly concerned about the harm to species like the Mojave desert tortoise that would occur with construction and operation of the four-lane Northern Corridor

11 — DECLARATION OF RICHARD SPOTTS

Highway and associated development. The Northern Corridor Highway will surely "take" individual tortoises and cause a decline in the population of the Mojave desert tortoise that I care about and appreciate so much. My opportunity to observe, study, and appreciate the tortoise in their important habitat will diminish if the Northern Corridor Highway is built. I do not enjoy visiting, recreating, or photographing areas that have been damaged by new roads, highways, and associated development—particularly if these areas, such as the Red Cliffs NCA, were once quiet and serene, and home to special wildlife species like the Mojave desert tortoise, and other resources I once to enjoyed. Thus, BLM and FWS's decisions now to deny the Northern Corridor Highway and issue amended biological opinions are necessary for the protection of the Mojave desert tortoise.

31. In sum, my and other members of the Center, SUWA, Guardians, and TWS recreational, health, scientific, spiritual, educational, aesthetic interests are threatened with harm by the above-captioned lawsuit in which these organizations now seek to intervene. Washington County's lawsuit seeks to reinstate a biological opinion that accompanied approval of the Northern Corridor Highway and to undermine the progress achieved through negotiated settlement in the prior lawsuit over the highway approval. Washington County has also indicated that it might amend or supplement its lawsuit to challenge the 2024 denial of the highway, which would further threaten my interests. I worry that the Federal agencies will not adequately represent my and other members of Center, SUWA, Guardians, and TWS interests given their prior decisions to approve the highway. Seeing the transformation of natural, protected lands and important wildlife habitat into a highway corridor would destroy my sense of solitude, my

appreciation of the area for its beautiful views and quiet surroundings, and my opportunities for hiking and wildlife watching experiences, among other things.

      32.    The Center, SUWA, Guardians, and TWS's participation in this lawsuit to defend BLM and FWS's decisions would protect my and other members' interests described herein by ensuring that the lands and numerous resource values we enjoy remain protected and preserved for the current as well as future generations.

I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: September 4, 2025

/s/ Richard Spotts
*(Signed by Hanna Larsen with permission of Richard Spotts)*
/s/ Hanna Larsen
