## IN THE UNITED STATES DISTRICT COURT FOR THE

## DISTRICT OF UTAH, CENTRAL DIVISION – SOUTHERN REGION

| | |
|---|---|
| WASHINGTON COUNTY, UTAH, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF THE INTERIOR; BUREAU OF LAND MANAGEMENT; U.S. FISH AND WILDLIFE SERVICE; and DOES 1 through 10, inclusive, <br><br> Defendants, <br><br> and <br><br> CONSERVE SOUTHWEST UTAH, *et. al.*, <br><br> Proposed Defendant-Intervenors. | **DECLARATION OF SARAH M. THOMAS** <br><br><br> Case No. 4:24-cv-00067-DN-PK <br><br><br> Judge David Nuffer <br> Magistrate Judge Paul Kohler |

## <u>DECLARATION OF SARAH M. THOMAS</u>

I, Sarah M. Thomas, declare as follows:

1.      I have personal knowledge of each of the facts set forth below, and if called upon to do so, could and would testify regarding the following.

2.      I am a current member of Conserve Southwest Utah (CSU) and worked as CSU's Public Lands Program Director and Southwest Utah National Conservation Lands Friends ("SUNCLF") Director from October of 2018 to February 2022, Community Outreach and Partnerships

1— DECLARATION OF SARAH M. THOMAS

Coordinator from February 2022 to February 2023, and Grassroots Organizer from June 2024 to May 2025. I was also a paid independent contractor for CSU from March 2024 to June 2024.

3.      As a result of my experience in these positions, I am personally familiar with CSU's advocacy work concerning the protection of the Red Cliffs NCA in Utah. I have also witnessed the negative impacts that existing roads and other development have had on the Red Cliffs NCA and Red Cliffs Desert Reserve.

4.      I submit this declaration in support of CSU's intervention in this lawsuit to defend the Bureau of Land Management's ("BLM") and Fish and Wildlife Service's ("FWS") decisions regarding the Northern Corridor Highway right-of-way and related actions regarding Endangered Species Act compliance and Resource Management Plans in the area.

**Educational Background and Relevant Work Experience**

5.      In 2013, I graduated summa cum laude from Utah State University with a B.A. in English. I honed verbal and written communication skills that were critical to my later work as a natural resource interpreter and community organizer.

6.      I have worked as an education and outreach specialist, vegetation survey technician, and interpreter on public lands across the southwest, including at Cedar Breaks National Monument (2009); on Bureau of Land Management and Forest Service lands across southeast Utah doing endangered, endemic plant surveys (2011); at Grand Canyon-Parashant National Monument doing invasive brome grass surveys (2014); and again at Grand Canyon-Parashant National Monument doing interpretation (2014-2016).

7.      I worked for the Washington County Habitat Conservation Plan department which oversees management of Washington County's Habitat Conservation Plan and the Red Cliffs

Desert Reserve from 2016 to 2018. I worked as an administrative assistant, grant writer, and supported the outreach and education program.

8.      In September 2018, I participated in Washington County's pre-survey of the UDOT application alignment for the Northern Corridor Highway. We walked the entire length of the 4.5-mile highway. We found approximately 50 desert tortoises in the path of the highway. The results of this survey were not included in the BLM's Draft Environmental Impact Statement (DEIS) or Final Environmental Impact Statement (FEIS) for the Northern Corridor Highway. Instead, population density estimates in the path of the highway were used to determine that only 40 tortoises would have to be relocated. Additionally, we found a historic petroglyph panel in the right-of-way that was twenty-feet long and 10-feet tall and covered with very old petroglyphs based on the depth of the lichens that had grown in the grooves. Traveling the entire length of the proposed highway route on foot revealed the wildlife, cultural, recreational and incredible scenic resources that would be devastated by this highway.

9.      While working for the County, I regularly assisted with tortoise clearances that occurred prior to development commencing on land in Washington County. I removed more than 10 tortoises from their burrows, which was a challenging process that distressed the animals. After removing them from the burrow, they were processed, which involved measuring, sexing, filing a unique identifiable number into the outer scutes with a metal file, and affixing an epoxy tag to the shell. This painful process often caused the tortoises to vacate their bladders in fear. I am concerned about the negative impacts this process would have on the many tortoises that would be removed from the Northern Corridor Highway right-of-way.

10.     In late September 2018, I witnessed a Good Samaritan bring a bloody cardboard box into the Red Cliffs Desert Reserve Visitor Center. Inside was an adult male tortoise that had passed

under the "tortoise-proof fence" on Red Hills Parkway, entered the roadway and was struck by a high-speed vehicle. The tortoise's carapace was cracked open and I could see the soft, pink flesh inside its shell. Blood was oozing out. The tortoise was still alive and moving. He withdrew his head into his shell and then peeked out, again and again, looking confused. Another staff member took him to the local vet to be euthanized. This demonstrated that fenced roads do not mitigate tortoise mortality. Rain events regularly wash down thousands of pounds of sediment and rocks that impact fence lines across the Reserve. After every single rain storm, the staff I worked with furiously patched up holes in the fences to keep tortoises from getting out, but it was impossible to keep up. I decided to fight the Northern Corridor Highway at that moment and started intensively volunteering with CSU.

**My Work with Conserve Southwest Utah**

11.     I joined CSU in 2017 as a member and volunteer.

12.     In 2018, I was hired as the Public Lands Program Director and Southwest Utah National Conservation Lands Friends ("SUNCLF") Director of CSU. In that capacity, I organized CSU members and Washington County residents in advocacy, outreach and education, stewardship, and partnership-building focused on conserving the Red Cliffs and Beaver Dam Wash NCA's in Washington County, Utah. In the spring of 2022, I moved into a new role as CSU's Outreach and Partnerships Coordinator. The work was highly-varied and occurred in different spaces ranging from the technical preparation and display of Community Transportation Alternatives to the Northern Corridor Highway at the Dixie Transportation Expo, to bringing live Mojave desert tortoises to visit the Shivwits Band Youth afterschool program to provide outreach on the value of the tortoise and create space for elders to discuss the tortoise's role as a cultural warrior. Importantly, this work also included intensive advocacy actions, including participation in land

use planning and National Environmental Policy Act ("NEPA") processes such as those completed for the proposed Northern Corridor Highway through the Red Cliffs NCA in 2020. I terminated employment with CSU in February 2023 and then returned in March 2024 first as an independent contractor and then in June 2024 as a paid employee as CSU's Grassroots Organizer to continue local community education, outreach, and advocacy around the proposed Northern Corridor Highway and protecting Red Cliffs NCA. I terminated my employment as CSU's Grassroots Organizer in May 2025.

**CSU's Work in Red Cliffs NCA**

Habitat Restoration

13.    Climate change, the spread of invasive plant species, and increased human access due to roads makes catastrophic wildfire in the Red Cliffs NCA an issue of growing concern. Therefore, CSU works hard to restore habitat that has burned and to control the spread of invasive plant species like brome grasses to prevent future wildfires. Examples of habitat restoration projects between 2018 and 2025 include:

    a.    Three invasive species removal days, in which over 50 volunteers hand-pulled thousands of plants (over 150 50-gallon bags), including Sahara mustard, Russian thistle, red brome, and downy brome grasses. CSU partners with Washington County Habitat Conservation Plan, Dixie State University, BLM, and UWDR to reduce the threat of invasive plants in Red Cliffs NCA.

    b.    In September 2019, CSU coordinated a volunteer event to create "fertile islands" where native desert plants could establish and disperse seed in the burn scar of the 2005 and 2006 wildfires. 45 volunteers, including local staff of Senator Mike Lee, watered and weeded 468 plants.

c.      The habitat restoration projects CSU coordinated in 2018 and 2019 supported the restoration of fire-devastated ecosystems for the benefit of threatened wildlife and Washington County residents. 100 volunteers donated 266 hours of service with a value of $6,970[1] to our National Conservation Lands!

d.      CSU initiated an immediate response to the devastating wildfires of summer 2020 by supporting the creation of an intensive habitat restoration project on 13.4 acres of Red Cliffs NCA Mojave desert tortoise critical habitat burned in the Cottonwood Trail Fire. CSU coordinated this project in the autumn of 2020 with the BLM St. George Field Office, American Conservation Experience ("ACE") interns, Utah Division of Wildlife Resources, and Utah Tech University. Across 9 volunteer days, volunteers planted and watered 2,400 one-year-old creosote, white bursage and ephedra plants; hand-built and transported more than 400 chicken wire cages; assisted in the caging of more than half of the 2,400 plants to prevent herbivory; and carried 400 two-year-old creosote plants approximately ½ miles across rough terrain to the restoration site. These 56 volunteers donated 168 hours valued at $4,400[2] to our National Conservation Lands. Following its establishment, CSU has organized volunteers to water and weed the restoration plot 2-4 times per year.

e.      Between 2020 and 2022, 219 CSU volunteers have attended an additional 10 habitat restoration projects, including 2 major National Public Lands Day events, in the Red Cliffs NCA. Their service falls into six categories: raking native seed, determining

---

[1] The estimated value of volunteer time in 2019 is $26.20 per hour in Utah according to The Value of Volunteer Time / State and Historical Data — Independent Sector.
[2] The estimated value of volunteer time in 2019 was $26.20 per hour in Utah according to The Value of Volunteer Time / State and Historical Data — Independent Sector.

plant survivorship, watering transplanted species, removing wildfire-burned trash, removing and preparing chicken wire cages for new plants, and planting a second round of native desert species:

- 55 volunteers, including 20 Utah Tech University students, donated 130 hours to rake 115 gallons of native grass and wildflower seed into the restoration plot.

- 35 of these 55 volunteers also donated 35 hours in placing pin flags beside living plants to determine plant survivorship. Their count revealed a 65% survival rate of plants in the restoration plot as of spring 2022.

- 30 volunteers donated 90 hours in watering 3,500 native plants in the restoration plot.

- 15 volunteers from the Outdoor Leadership Academy, a program that provides outdoor experiences and leadership development for underrepresented youth, donated 45 hours in removing 45 bags of trashed PVC pipe that was melted during the 2020 wildfires from the restoration plot.

- 64 volunteers donated 192 hours in removing, transporting and organizing 1,350 chicken wire cages from established plants in the restoration plot to prepare for planting and caging new plants.

- 55 volunteers donated 165 hours in planting a second round of creosote, ephedra and white bursage plants in the restoration plot in autumn 2022.

  f.  Between 2023 and 2025, 211 unique volunteers contributed 4,379 hours to the CSU Stewardship program. This equates to $87,000 if it had been paid out to an entry level biological aid worker. Projects include:

- Mojave Desert Tortoise and other sensitive species surveys and monitoring, operation of wildlife monitoring remote sensing cameras, photographic data culling and cataloging, native vegetation restoration and exotic vegetation removal.

Field project and training events (130) took place over 2023-2025. Project activity and frequency slowed significantly in 2025 due to a lack in BLM support funding for conservation.

Litter Pick-up and Trail Maintenance

14.    Four major roads travel through or adjacent to the Red Cliffs NCA: I-15, Cottonwood Road, SR-18 and Red Hills Parkway. The work of keeping roadways clean inside and adjacent to the Red Cliffs NCA helps to conserve the Mojave desert tortoise and other threatened, endangered and sensitive species by controlling predator populations who feed on litter. Equally important is the work of reducing the number of illegal human trails, which destroy habitat.

a.    In February 2019, CSU organized a clean-up of Pioneer Park inside the Red Cliffs NCA and Desert Reserve. This beloved park is home to popular sites and is a favorite rappelling and bouldering area. Located immediately above downtown St. George, Pioneer Park sees heavy visitation and user impacts. CSU partnered with St. George City and the Utah Tech University Multicultural and Inclusion Center. Six volunteers scoured the red rock boulders and crevices to bag more than 20 grocery sacks full of trash and difficult-to-pick-up small items including candy wrappers, tooth picks and straw wrappers.

b.    In January 2020, CSU coordinated a Martin Luther King Jr. Day Service event in partnership with BLM St. George Field Office and Dixie State University's Outdoor

8 — DECLARATION OF SARAH M. THOMAS

Leadership Academy program. Twenty students from Dixie State University (all women!) volunteered at the Bearclaw Poppy Trailhead in the proposed Zone 6 area being offered as mitigation for the Northern Corridor Highway. This area sees intensive mountain biking use and heavy visitation and built new trails in an area overrun with social trails. Their work to keep mountain bikers on designated trails helped protect the endangered Dwarf Bearpoppy and the threatened Mojave desert tortoise.

Archaeological Site Stewardship

15.     Through a long-term partnership with the BLM, CSU managed the SUNCLF Archaeological Site Steward Program between 2012 and 2021. Site stewards helped BLM staff monitor hundreds of archaeological sites across the 629,000-acre St. George Field Office. Stewards made quarterly visits and reported on vandalism, looting, erosion, grazing, and other forms of damage to archaeological and paleontological sites. Their careful monitoring resulted in law enforcement action, placement of signage, interpretive panels, closure of sites, clean-ups and other activities that protect this heritage. Site stewards monitored many archaeological sites within 1-3 miles of the proposed Northern Corridor Highway. These sites would be adversely impacted by the highway's litter, noise, vibrations, visual intrusions, and increased human access and risk of vandalism. The proposed highway would be routed through a large petroglyph panel and would cause adverse impacts to 8 National Register of Historic Place-eligible cultural sites.

16.     Between 2018 and 2021, SUNCLF site stewards donated 5,897 hours and monitored over 300 sites on BLM lands. CSU organized intensive 2-day site steward training sessions to bring 15-20 new stewards on board annually.

17.     In December 2021, CSU hired two Cultural Resource Data Analysts to support the BLM in the reorganization of data collected by the Site Stewardship program since 2018. Data

Analysts cumulatively worked over 1,168 hours to input data into a new management system to support the BLM's ability to better monitor and protect these cultural resources, many of which are in Red Cliffs NCA.

<u>Community Outreach and Education</u>

18.    CSU organizes and conducts outreach and education efforts to engage Washington County residents in stewardship, appreciation, and advocacy of their public lands. CSU works with the Washington County School District, Utah Tech University, the Outdoor Leadership Academy, the Multi-Cultural and Inclusion Center, the Shivwits Band, the Utah Division of Wildlife Resources, and the BLM to target a wide variety of community groups for public lands outreach. Starting in 2018, CSU began working to engage a more diverse group of community members that is reflective of the shifting demographics of Washington County. CSU has built new partnerships and worked hard to make sure that Washington County's BIPOC and LGBTQIA+ residents feel welcome and safe at CSU events.

19.    For example, some of CSU's outreach and education and partnership efforts during my time of employment included:

     a.    CSU regularly organizes guided hikes for community members with various themes from the "Nine Treasures" to introduce community members to the congressionally-established purposes and nine resource values of the Red Cliffs NCA. CSU partners with tribal elders, historians, archeologists, and biologists to teach the public about the protected area. Between 2018 and 2022, CSU took more than 300 people on guided hikes in Red Cliffs NCA.

     b.    CSU celebrates diversity in St. George and creates opportunities for all communities to connect with Red Cliffs NCA. CSU organized the first celebration of

Latino Conservation Week in St. George with events attended by 62 community members in July 2019. CSU celebrated Latino Conservation week again in July 2022, with attendance of 200. This second celebration of Latino Conservation Week featured CSU's first Spanish-language conservation events and led to the publication of a quarterly CSU events calendar in Spanish. CSU also regularly tables at St. George City's annual celebration of Pride Fest, providing outreach on the Red Cliffs NCA and the value of protected public lands. Following Pride Fest in 2019, CSU offered St. George's first official Pride Hike. 16 participants hiked the T-bone Trail. The attendees of this event spotted an adult Mojave desert tortoise in the area where the proposed Northern Corridor Highway would fragment the T-Bone Trail.

c.      CSU engaged Washington County residents in celebration of the 10-year and 13-year anniversary of the Omnibus Public Land Management Act (OPLMA) which designated the Red Cliffs and Beaver Dam Wash NCAs. In 2019, 43 people attended the week-long anniversary activities, including a service project, two guided hikes in the Cottonwood Canyon Wilderness, and a "birthday party" for the NCA's. In 2022, 35 volunteers attended a 13th birthday party celebration event. This day combined restoration work in Red Cliffs NCA, as well as a celebration with a birthday cake dedicated to the Red Cliffs landscape.

d.      From 2019-2021, CSU established partnerships and secured funding for the Pika'aya Tooveep ("Tortoise Country") project which surveyed the Shivwits Reservation for threatened Mojave desert tortoise, collected conservation-based oral histories from Shivwits Band elders, and created internship opportunities for Indigenous youth to shadow biologists during field survey and to interview their elders about the cultural

11 — DECLARATION OF SARAH M. THOMAS

significance of the Mojave desert tortoise. CSU secured funding for 3 interns and approximately 4 months of field survey and ethnography effort.

e.      In 2022, CSU created new internships for Indigenous students and allies via the Ancestral Homelands Conservation Internship program. From September to December 2022, CSU supported two interns, including one Shivwits Band member, in building a student community rooted in conservation and in increasing awareness of Southern Paiute Homelands at Utah Tech University.

f.      CSU coordinated the Shivwits Toy Drive hikes in 2018, 2019, and 2022 to raise money for the purchase of Christmas gifts for children from the Shivwits, Kanosh and Koosharem Bands of the Paiute Indian Tribe of Utah and to increase the public's appreciation and understanding of archaeological sites on public lands and tribal history in Washington County. CSU raised more than $3,000 for the Toy Drives. CSU offered two Toy Drive hikes and organized two cultural performances prior to Christmas 2022.

g.      From 2018-2022, CSU has participated in a number of programs to engage students and teach them about public lands, including the Washington County Youth Creative Writing Contest for middle and high school students, the spring and fall *Day in the Desert* field trips for Washington County 6th graders, *The Nature Center Field Trips* with education on desert wildlife and biomes for 1st and 2nd graders, and *Earth Day Art and Advocacy* programming with high school students from Utah Arts Academy. CSU has also provided conservation education to students at the university level, including Utah Tech University students involved in the creation of the first Red Cliffs NCA Junior Ranger book and Rocky Vista University students involved in habitat restoration

projects. Through these efforts, CSU has guided more than 40 students into Red Cliffs and taught thousands about local desert wildlife and ecology.

h.      In December 2019, CSU adopted a 3-year old threatened Mojave desert tortoise from the Utah Division of Wildlife Resources to enhance community outreach and education efforts. Tu-wee-nee-ach ("Hurry Up!" in the Shivwits dialect of Southern Paiute) lived with and was cared for by CSU staff. Tu-wee accompanied CSU staff on visits to community groups, clubs, schools, and organizations for outreach focused on threatened and endangered species, critical habitat, and stewardship. Between 2019 and 2022, Tu-wee visited 1,787 people. In 2024, Tu-wee died from complications related to Upper Respiratory Tract Disease. This disease is found in tortoise populations in the Red Cliffs NCA, and would likely be exacerbated by construction of the proposed Northern Corridor Highway.

i.      CSU regularly offers Brown Bag presentations on stewardship and advocacy opportunities, public lands updates, and educational programming on the National Conservation Lands units in Washington County at the BLM St. George Field Office. In 2019 and 2020. CSU offered two Brown Bag presentations to 60 individuals on topics including the Northern Corridor Highway.

j.      In March of 2022, CSU hosted a film premiere for The Good, The Bad, and the Slow, which focuses on Red Cliffs NCA, the species that call it home, and the threats to this landscape that locals cherish. CSU saw over 260 attendees, both in person at a local theater in St. George and virtually.

k.      In April of 2022, CSU offered *Earth Day Art and Advocacy* programming to 50 high school students from Utah Arts Academy. After receiving education on the Desert

tortoise, Gila monster, native flora and dinosaur tracks and fossils, students created 80

pieces of art in celebration of the different resource values protected in the Red Cliffs

NCA for present and future generations.

l.      In the spring of 2022, CSU developed an art and writing magazine devoted to Red

Cliffs and the people who cherish this landscape. This 70-page magazine featured over

50 local artists and writers, from high school poets to retired painters, who love Red

Cliffs NCA and don't want it to be harmed by development. In 2023, CSU organized the

*Protect Red Cliffs Art Exhibit* at the local gallery *MoFaCo* to showcase work from this

magazine and from the students who participated in the *Earth Day Art and Advocacy*

programming.

m.      In the spring of 2022, CSU developed its Certified Tortoise Defender program to

educate and empower youth and their parents to be tortoise stewards and respectful

visitors to the Red Cliffs NCA. 605 students and community youth became Certified

Tortoise Defenders in 2022.

**Northern Corridor Highway Advocacy**

20.      CSU has been engaged in the National Environmental Policy ("NEPA") process to

prevent the Northern Corridor Highway from being approved in Red Cliffs NCA since BLM

issued its initial Notice of Intent To Prepare an Environmental Impact Statement To Consider a

Highway Right-of-Way With Associated Issuance of an Incidental Take Permit, and Resource

Management Plan Amendments. Since then, CSU staff, board members, coalition partners and

Washington County residents have responded to each phase of the NEPA process, including the

Scoping, DEIS and Protest periods.

21.    After BLM's initial decision in 2021 approving the right-of-way for the Northern Corridor Highway through Red Cliffs NCA, CSU joined a coalition in filing a lawsuit challenging this approval and BLM and FWS's associated decisions. That lawsuit resulted in the agencies' voluntary remand of the decisions and a favorable settlement with plaintiffs including CSU.

22.    CSU then engaged extensively in the remand process for the 2021 decisions, including in the scoping and Supplemental EIS (SEIS) processes.

23.    Altogether, this required extensive public outreach, advocacy, technical commenting, and communications by Conserve Southwest Utah's team:

Public Outreach

24.    CSU built three web pages housed on the CSU website that summarized key information during the scoping, DEIS, FEIS, and SEIS stages and provided education and guidance for public commenting.

25.    CSU built protectredcliffs.com, a site devoted exclusively to Red Cliffs NCA and the values of this landscape. This page included a petition which garnered over 35,000 signatures from people around the world who care about Red Cliffs NCA and do not want the Northern Corridor Highway to be constructed.

26.    CSU organized Washington County residents to attend three BLM meetings on the Northern Corridor Highway. 160 people, including more than 50 CSU members, attended BLM's public scoping meeting on December 17, 2019. 140 people, including 50 CSU members, attended the two virtual meetings hosted by BLM focused on the DEIS.

27.    CSU hosted and organized a variety of workshops to encourage and train people on how to craft a substantive comment on the Northern Corridor DEIS. Over 130 comments were submitted as a result of these efforts.

28.    CSU organized locals to sign over 350 scoping comments and petitions against the Northern Corridor Highway at the end of 2019.

29.    CSU tabled at the 2019 Dixie Transportation Expo and presenting a Community Transportation Alternative to the Northern Corridor Highway to more than 600 attendees, including elected officials, BLM and FWS staff, and transportation planners. This alternative influenced the study of 2 alternatives outside the Red Cliffs NCA in NEPA for the Northern Corridor Highway.

30.    CSU organized and hosted a "No Northern Corridor!" trail run on trails that would be fragmented by, or parallel, the proposed Northern Corridor Highway.

31.    CSU organized a day-long field trip for 5 members of the Shivwits Band Executive Council to visit the site of the proposed Northern Corridor Highway and the land in Zone 6 being offered as mitigation.

32.    CSU hosted five local Tribal leaders in April 2024 to visit, discuss, learn, and share about the natural and cultural resources contained within Red Cliffs NCA and how these values are threatened by the proposed Northern Corridor Highway.

33.    I personally supported public engagement during the SEIS process by hosting 3 informational comment writing workshops, 12 neighborhood meetings, and 4 Homeowner Association meetings in the greater Green Springs area, where more than 1,000 homeowners live less than a quarter mile from the proposed highway. I provided outreach on Northern Corridor Highway impacts, and transportation alternatives, to more than 500 residents living in this area

and gathered 370 signatures on the Homeowners Against the Highway Petition which addresses the desire of homeowners to protect the Red Cliffs NCA and their concerns about the proposed highway's negative impacts to quality of life, health and safety, scenic open space, and recreational opportunities.

34.    During the SEIS process, CSU regularly reached out to the local recreation community, including the climbing and mountain biking communities in an effort to protect Zone 6 (the Greater Moe's Valley Area). CSU created informational handouts, signs, webpages, social media posts, and more to educate the public that it is possible—and beneficial to the local community—to permanently protect both Red Cliffs NCA Zone 3 and Zone 6. This included education about possible protection pathways and funding mechanisms like the Land and Water Conservation Fund. CSU also collaborated with recreation organizations, conservation organizations, and businesses on a petition to protect the Greater Moe's Valley Area which currently has over 17,000 signatures.

Advocacy

35.    CSU built and managed the 18-member Red Cliffs Conservation Coalition of local, regional and national environmental organizations dedicated to the protection of the Red Cliffs NCA through engagement in the NEPA process for the Northern Corridor Highway and broader public outreach campaigns about Red Cliffs. This includes ongoing coalition meetings that began in September 2019.

36.    CSU has attended and provided public comment during Habitat Conservation Advisory Committee, Washington County Commission, and Dixie Transportation Executive Committee meetings. These committees and commissions oversee the implementation of the Washington County Habitat Conservation Plan for the Red Cliffs Desert Reserve and the Dixie Metropolitan

Planning Organization's Regional Transportation Plan respectively, and were cooperating agencies that participated in the development of Northern Corridor Highway alternatives and analysis in the DEIS and supplemental EIS.

37.    CSU and the Red Cliffs Conservation Coalition have conducted outreach and built relationships with communities and elected officials at local and national levels focused on the importance of the Red Cliffs NCA.

38.    CSU provided a presentation at the House Natural Resources Committee Livestream Roundtable titled "William Pendley's Unfitness to Lead the Bureau of Land Management" led by Vice Chair Rep. Deb Haaland with Chair Grijalva and Rep. Jamie Raskin of the House Oversight and Reform Committee.

39.    CSU submitted, with our Coalition, an official request to BLM and FWS to prepare a supplemental DEIS in response to 3 human-caused wildfires that burned 25% of the Red Cliffs NCA in summer 2020.

40.    CSU submitted, with our Coalition, an official letter to BLM and FWS expressing concern over the BLM's preferred alignment for the Northern Corridor Highway which was directly routed through 5 parcels, and caused indirect impacts at least 9 other parcels acquired with Land and Water Conservation Fund monies for permanent conservation of the Mojave desert tortoise and its critical habitat, in addition to scenery and recreation values.

41.    CSU submitted an official letter to BLM expressing concern over the addition of cost-benefit analysis of highway alternatives to the NEPA analysis at the FEIS stage when the public was no longer able to engage in the process or provide substantive comment.

42.    In 2021, CSU launched the Protect Red Cliffs campaign and petition. CSU made broad public outreach through social media and other communications channels and featured art

18 — DECLARATION OF SARAH M. THOMAS

inspired by Red Cliffs. This campaign resulted in 35,000 petition signatures from people in every state and countries outside of the United States.

43.      In June 2022, CSU staff traveled to Washington DC for a week to deliver the Protect Red Cliffs petition and the Protect Red Cliffs Magazine featuring local artists and writers passionate about protecting Red Cliffs. Staff had 8 meetings with federal decision-makers.

44.      In the Summer of 2022, CSU staff met with local decision-makers to personally deliver the Protect Red Cliffs petition and magazine.

45.      In April 2024, CSU organized over 100 local residents to attend and show support for protecting Red Cliffs NCA at a House Committee on Natural Resources field hearing titled "Empowering Local Voices and Stopping Federal Overreach to Improve the Management of Utah's Public Lands". An overwhelming majority of the audience wore green and "No Highway Thru Red Cliffs" stickers to show support for protecting Red Cliffs NCA from the Northern Corridor Highway. Many residents from the Green Springs, Brio, Warm Springs, and Middleton communities (which neighbor the proposed highway) attended wearing "Green Springs Against Hwy Thru Red Cliffs" stickers to also show their support for protecting Red Cliffs NCA.

Technical Commenting

46.      CSU provided analysis of 3,537 pages of Northern Corridor Highway NEPA documents at Scoping, DEIS and FEIS stages.

47.      CSU provided public outreach to CSU members and Red Cliffs Conservation Coalition members in 2019-2020 that led to the following number of comments being received by the BLM:

a.      17,258 substantive comments submitted during Scoping

b.      An additional 2,000 comments captured by coalition partners after the Scoping deadline for a total of nearly 20,000 scoping comments.

c.      1,600 individual parsed comments submitted during Scoping using CSU's comment guidance

d.      15,400 substantive comments submitted on the DEIS

e.      18 protests submitted

48.    CSU developed and proposed a Community Transportation Alternative to the Northern Corridor Highway that included 11 different options addressing the stated Purpose and Need (improving east-west traffic movement across northern St. George) without sacrificing the Red Cliffs NCA. BLM studied two of CSU's Community Transportation Alternatives: the Red Hills Parkway Flyover/Expressway and One-way Traffic Loop in its analysis of Northern Corridor Highway transportation alternatives. Agency analysis showed that these alternatives reduced traffic congestion and travel time more effectively than the Northern Corridor Highway, with none of the environmental impacts.

49.    CSU submitted 633 pages of technical comments on behalf of the Red Cliffs Conservation Coalition at the Scoping, DEIS and FEIS stages of the NEPA process. Technical comments addressed omissions in analysis in the Draft and Final EIS, in addition to identifying more than 40 key legal issues with the DEIS, Draft HCP and FEIS.

50.    CSU provided analysis of the 2023-2024 Supplemental EIS documents during the scoping, draft Supplemental EIS, and final Supplemental EIS stages.

51.    CSU submitted detailed technical comments during the SEIS scoping and draft SEIS comment periods in collaboration with several other conservation organizations.

52.     CSU provided public outreach and education which led to over 5,500 public comments submitted by individuals in support of protecting Red Cliffs NCA during the SEIS scoping period and over 4,5000 public comments submitted in support of Red Cliffs NCA during the draft SEIS comment period.

53.     CSU hired Speck Dempsey—an internationally recognized city planning, urban design, and transportation policy firm—to conduct an independent technical review of the Northern Corridor Highway traffic studies. Speck Dempsey concluded that the Northern Corridor Highway would increase driving and is not the cheapest or best option to alleviate local traffic. CSU shared the final study with the BLM, CSU members, the local community, local leaders, and media outlets. CSU hosted a meeting for the general public as well as private meetings with leaders of the Dixie Metropolitan Planning Organization to share Speck Dempsey's findings.

Communications

54.     In 2020, CSU informed media about the Red Cliffs NCA; its economic, recreational, and ecological value, and the Northern Corridor Highway threat through 8 major press releases, a 30-minute press call, and 6 short videos showcasing Washington County residents who love the Red Cliffs NCA and commit to participating in the NEPA process in defense of this special place. Voices ranged from the former Utah Attorney General Paul Van Dam to a young mother who wanted her 1-year-old son to be able to enjoy the Red Cliffs NCA in the future to an Indigenous activist concerned about the loss of open space and quiet. We also hosted a field trip for local reporters to learn about transportation alternatives to the NCH.

55.     CSU continued to conduct press and media outreach during the 2023-2024 SEIS process through press releases, direct outreach to reporters, media briefings, and Letters to the Editor and Opinion Editorials.

56.    CSU shared 2-3 social media posts and videos per week during open public comment periods for a total of approximately 60 "take action!" posts that encouraged followers to participate in the NEPA process and SEIS process to protect the Red Cliffs NCA.

57.    CSU sent over 40 email alerts to CSU members updating them on Northern Corridor Highway NEPA and Supplemental EIS process and asking them to participate in public comment periods, show up at public meetings with friends and family, write Letters to the Editor and Opinion Editorials, sign the Protect Red Cliffs Petition, submit to the Protect Red Cliffs Magazine and help spread the word about the more effective transportation alternatives to the Northern Corridor Highway.

58.    CSU published and assisted community members to publish more than 40 Letters to the Editor and Opinion Editorials in local and regional papers highlighting major issues with BLM's analysis of the highway and exploring the value of the Red Cliffs NCA to various community segments.

59.    CSU created multiple web pages on CSU's website to share information about the EIS and SEIS processes, threats to Red Cliffs NCA's values, and the importance of protecting the Greater Moe's Valley Area (Red Cliff's Zone 6).

**Personal Connection to Red Cliffs NCA**

60.    During my many visits to the Red Cliffs NCA and Desert Reserve, I have hiked and enjoyed the wildlife, aesthetic, recreational, and scenic resources. I estimate that I have visited the Red Cliffs NCA more than 2,000 times in my 29 years of living in southern Utah.

61.    I moved to southern Utah in 1996. As a child, my father would take our family on weekend adventures in the Babylon, Red Cliffs Recreation Area, Pioneer Park, and Chuckwalla areas of the Red Cliffs NCA. Because of these trips, my childhood was steeped in visions of

fantastic sandstone grottoes, vividly-colored and striped rock formations, sinuous canyons, bouldering paradises, towering climbing walls, dinosaur tracks, petroglyph panels, historic Pioneer homes, plunge pools, waterfalls, washes, streams, and the portion of the Virgin River that travel through the Red Cliffs NCA. The contrast between desert and riparian ecosystems was striking to me. The Red Cliffs NCA was a place where I could see scarlet monkey flower growing in thick clusters on the canyon walls, and spiny soft-shelled turtles, herons, and other water birds playing in the Virgin River's jade green waters only feet from the Mojave desert sands where I encountered desert tortoises and sidewinders. As a child, the Red Cliffs NCA was a magical place that exposed me to beauty and biological diversity in high doses that invigorated and elated me. So many trails, birds, reptiles, mammals, streams, washes, and fantastic rock formations were all packed into one relatively small area that it simply felt like magic. It was all the more magical and valuable, because I could experience these resources at the edge of one of the fastest-growing cities in the nation. I gave birth to my daughter in 2023, and it is extremely important to me that she has access to the protected resources and experiences in the Red Cliffs NCA that I had as a child. Construction of the Northern Corridor Highway would adversely impact our shared experience of this precious place.

62.     As I grew older, my father took our family into the Cottonwood Canyon and Red Mountain Wilderness Areas in the Red Cliffs NCA for longer hikes. As a teenager, I remember being challenged and thrilled by the difficulty of backpacking in the Cottonwood Canyon Wilderness, navigating the huge boulders that choked the canyon floor that had been worn smooth by millennia of flash floods. I also remember the panoramic views of Snow Canyon State Park's cream and orange striped formations seen from within the Red Mountain Wilderness. I was struck by the beauty of the copper-barked manzanita forests nestled in the

deep and silky coral sand on top of Red Mountain. I remember lying in the warm sand to rest and hearing the melodies of songbirds and the swish of hawks flying above me. It was nest building season, and one of the hawks soaring over my head dropped a large stick within feet of my body. It was exciting sharing a wild place with wildlife functioning naturally in a protected ecosystem. Since then, I have enjoyed hundreds of visits to these wilderness areas and benefitted spiritually and emotionally from the natural quiet, solitude and time away from the bustling city nearby.

63.     In my early twenties, I lived in Hurricane, Utah for two years, within walking distance of Zone 5, or the "Cinder Knolls" portion of the Red Cliffs NCA and Desert Reserve. Every evening, I jogged from my house into the Red Cliffs NCA to climb the cinder knolls, journey down into their bellies, and see the fantastic magenta, crimson, white and black cinders inside. I reveled in the "long view" of the nearby Virgin River, the sea of multi-hued sandstone in the 62,000 acre Red Cliffs NCA and Desert Reserve, and the distant Pine Valley Mountains and Pine Valley Wilderness managed by the Forest Service. When I stood on a cinder cone in Zone 5 of the Red Cliffs NCA, I admired the contiguous swath of protected, natural space that stretched from the Virgin River at 2,800 feet to the Pine Valley Mountains at 10,300 feet, encompassing the Red Cliffs NCA and all its treasures in the middle. Later, I would learn how crucial it is to have uninterrupted swaths of protected land like this in the face of climate change. Wildlife, such as the Mojave desert tortoise, can adapt to increasing heat and aridity by migrating to higher elevations, but only if major disturbances such as highways and developments are not blocking their path.

64.     I saw my first juvenile Mojave desert tortoise in the cinder knolls. I observed the juvenile tortoise pausing to look at a red granola bar wrapper and portions of a torn up red granola bar box that had blown into the NCA from the roadside. Tortoises are attracted to the color red

because it reminds them of flower petals. It is not unusual to find tortoise scat with human trash embedded within. Of course, eating trash has negative impacts on tortoise health. It was common to see litter inside the NCA here because of the close proximity of the road. It was also common to see mattresses, box springs, televisions and old furniture dumped in the parking area just outside the entrance to the NCA. Invasive brome grasses also grew much more thickly in the NCA adjacent to the highway. My daily visits to this portion of the NCA showed me that roads increase human access to sensitive landscapes which can lead to behaviors that adversely impact wildlife and ecosystems and associated landscape level changes. I worry that the Northern Corridor Highway would subsidize Mojave desert tortoise predator populations because of litter and food waste, and that it would increase the spread of brome grasses into the NCA, thereby increasing the risk of catastrophic wildfire.

65.    I currently reside in Washington, UT where I live less than one mile from the Red Cliffs NCA and Desert Reserve. With my husband, I run in the Red Cliffs NCA and Desert Reserve 3 to 4 times per week. To enter the Red Cliffs NCA and Desert Reserve, we have to cross over the Washington Parkway Extension which was completed in June 2020. The road is busy during evening travel times and produces noise that is audible on our runs. The sight of the highway is a major intrusion against the beautiful red rocks of the nearby Dino Cliffs, and it appears that the hawks who favor this area and its thermals are less common than before.

66.    I regularly hike and run in the area where the proposed Northern Corridor would be located. Each year in the spring and fall, I take friends and family to hike the T-bone Trail to see Mojave desert tortoises during their active season. For example, in autumn 2018 I took a friend from Washington DC to hike the T-bone Trail and we saw four tortoises in a single morning.

25 — DECLARATION OF SARAH M. THOMAS

UDOT's proposal to route a pedestrian tunnel under the highway would undermine my

experience due to increased litter, traffic, noise, and visual marring of the pristine area.

67.     I also regularly hike on at least 10 trails that would be located approximately ¼ mile from

the proposed Northern Corridor Highway and its connection to the Washington Parkway

Extension. Since 1996, I have hiked these trails more than 350 times and have enjoyed the scenic

beauty, slickrock formations, encounters with wildlife and natural quiet each time. Highway

noise, increased litter, and air pollution would almost certainly spill over into the nearby

wilderness areas. Construction of this highway worries me because it poses an increased risk of

catastrophic wildfire to wilderness areas specifically, to the larger Red Cliffs NCA, and its

magnificent trail system, and to the surrounding communities where my friends and family live.

68.     My life is enriched by access to open spaces and public lands. I moved to Washington,

UT because it is close to Red Cliffs and its gorgeous, uninterrupted vistas.  I fear the impact of a

road, including the dispersal of invasive species and increased risk of catastrophic wildfire. In

addition to landscape level changes, highways bring further human developments, including

utilities and developments that detract from the scenic vistas, adversely impact wildlife habitat,

fragment trails, and degrade visitor experience. The Northern Corridor Highway would cause

these adverse impacts to the Red Cliffs NCA.

69.     If UDOT is successful in constructing the Northern Corridor Highway through the Red

Cliffs NCA, I would be devastated. The Mojave desert tortoise is considered a warrior by some

of my friends from the Shivwits Band because of its endurance, patience, and ability to weather

great hardship and survive. I also view the desert tortoise in this light and find inspiration in its

warrior-like qualities to continue fighting to protect critical habitat in the Red Cliffs NCA that is

necessary for desert tortoise survival. I believe that this habitat is critical for human communities

as well. Myself and thousands of CSU members and Washington County residents benefit from the open space, scenery, recreation, and economic values that are protected in the Red Cliffs NCA because habitat was set aside for the desert tortoise. Construction of the highway would fragment the NCA, jeopardizing the survival of the species in the Upper Virgin River Recovery Unit and perhaps range wide. The highway would decrease my opportunity to view not just the desert tortoise, but also numerous other species, including BLM sensitive species like the kit fox, Gila monster, burrowing owl and chuckwalla. It would spoil the scenic, aesthetic, educational, cultural, and recreational resources of these areas that I use and enjoy. My health, recreational, scientific, spiritual, educational, aesthetic, informational, and other interests would be directly affected and harmed if BLM's latest decision to reject the Northern Corridor Highway right-of-way is reversed.

70.    These potential injuries to my and other CSU members' interests as well as to CSU's organizational mission are redressable by the court. An order affirming BLM and FWS's amended decisions regarding the Northern Corridor Highway right-of-way would protect against the identified harm to my interests by protecting Red Cliffs NCA, Red Cliffs Desert Reserve, and the threatened Mohave desert tortoise.


Pursuant to 28 U.S.C. § 1746, I declare, under penalty of perjury, that the foregoing is true and correct.


Executed this 9th day of September 2025 in St. George, Utah.

/s/ Sarah M. Thomas
(*Signed by Hanna Larsen with permission of Sarah M. Thomas*)
/s/ Hanna Larsen

27 — DECLARATION OF SARAH M. THOMAS