IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF UTAH, CENTRAL DIVISION – SOUTHERN REGION

| | |
|---|---|
| WASHINGTON COUNTY, UTAH,<br><br>　　Plaintiff,<br><br>　　v.<br><br>U.S. DEPARTMENT OF THE INTERIOR; BUREAU OF LAND MANAGEMENT; U.S. FISH AND WILDLIFE SERVICE; and DOES 1 through 10, inclusive,<br><br>　　Defendants,<br><br>　and<br><br>CONSERVE SOUTHWEST UTAH, *et. al.*,<br><br>　　Proposed Defendant-Intervenors. | **DECLARATION OF SCOTT MILLER**<br><br><br>Case No. 4:24-cv-00067-DN-PK<br><br><br>Judge David Nuffer<br>Magistrate Judge Paul Kohler |

**<u>DECLARATION OF SCOTT MILLER</u>**

I, Scott Miller, declare under penalty of perjury as follows:

1.　My name is Scott Miller, and I work for The Wilderness Society ("TWS") out of its Denver Office, which is located at 1660 Wynkoop Street, Suite 1150, Denver, CO 80202. I am over 18 years of age and competent to testify. This declaration is filed in support of TWS and its motion to intervene in Washington County's case against the Bureau of Land Management ("BLM") and U.S. Fish and Wildlife Service ("FWS") regarding the biological opinions for the proposed Northern Corridor Highway right-of-way through the Red Cliffs National Conservation

1 — DECLARATION OF SCOTT MILLER

Area ("NCA") and related Resource Management Plan ("RMP") Amendments. I have personal knowledge of each of the facts set forth below, and if called upon to do so, could and would testify regarding the following.

2. I am both a member and an employee of TWS. I am the Senior Regional Director for TWS for the Southwest Region, which includes Arizona, Colorado, New Mexico, and Utah. I have held this position since August 13, 2013. My work for TWS includes overseeing TWS's program work within its Southwest Region; supervising staff across the Southwest Region; developing and managing budgets for the Southwest Region; being an active member of TWS's senior leadership team; supporting TWS's legal, litigation, forest conservation, energy, and government relations programs; and supporting its membership, fundraising, and communications work.

3. As part of my work, I help develop and execute program plans and priorities for TWS's work in Utah, including our work and partnerships concerning the NCA, its RMP, and the proposed Northern Corridor Highway.

4. As a result of my experience in this position, I am personally familiar with TWS's legal and advocacy work concerning the protection of public lands in Utah, including concerning the NCA, its RMP, the proposed Northern Corridor Highway, and other lands adjacent to the NCA and in the region. I have also witnessed the negative impacts that roads and other development have on public lands, wilderness-quality landscapes, and wildlife. I submit this declaration on behalf of TWS.

5. I have visited the NCA, including the specific Federal public lands that would be affected by the construction of the proposed Northern Corridor Highway. During my visits to the NCA, I

enjoyed the natural environment, studied the flora and fauna, learned about, visited and appreciated the cultural resources and importance of the area, and appreciated the opportunity for exercise and take photographs near town in my preferred natural setting, including on the specific Federal public lands that would be affected by the construction of the Northern Corridor Highway, knowing that the construction of the proposed Northern Corridor Highway and resulting use of it would forever destroy many of those opportunities in the future.

**Background Concerning The Wilderness Society**

6.     TWS is a not-for-profit corporation incorporated in the District of Columbia with members and supporters in Washington County, UT, and across the region, including approximately 402,479 members and supporters nationwide, some 11,424 in Utah, 10,816 in Arizona, and 4,207 in Nevada.

7.     TWS' mission is to unite people to protect America's wild places, and our vision is a future where people and wild nature flourish together, meeting the challenges of a rapidly changing planet. Our priorities are to make public lands a solution to the climate and extinction crises by securing a resilient, continental network of landscapes, eliminating climate-changing emissions, and transforming conservation policy and practice so all people benefit equitably from public lands.

8.     Since 1935, TWS has worked to protect public lands across the United States. It was instrumental in advocating for and achieving passage of the Wilderness Act of 1964, and in the designation of millions of acres of Wilderness across the Nation since then. TWS also advocated for the establishment of the National Landscape Conservation System and for the establishment of dozens of units of the system across the Nation, including the NCA. TWS also has a

continuing interest in ensuring the protection of high-conservation-value lands under the jurisdiction of the BLM, through the agency's land management planning processes.

**The Wilderness Society's Advocacy for Designating BLM Land in Southwest Utah for Conservation**

9. For more than three decades, TWS has worked to protect wilderness character lands in Utah. In 1985, TWS joined with other national, regional, and local groups to form the Utah Wilderness Coalition ("UWC") to develop a citizens' wilderness proposal for BLM lands in Utah. On July 16, 1985, the newly formed UWC announced a 5.1 million-acre BLM wilderness proposal for Utah.

10. In 1989, legislation supported by TWS and the UWC to designate 5.7 million acres as wilderness was introduced in the 101st Congress (H.R. 1500). In 1990, the UWC, with support from TWS, published "Wilderness at the Edge, A Citizen Proposal to Protect Utah's Canyons and Deserts," which described the UWC's proposal as embodied in H.R. 1500. H.R. 1500 proposed to protect and preserve many areas within Washington County ultimately protected by P.L. 111-11 (March 30, 2009), 123. STAT. 991.

11. P.L. 111-11, known as the Omnibus Public Land Management Act of 2009, established the NCA "to conserve, protect, and enhance for the benefit and enjoyment of present and future generations the ecological, scenic, wildlife, recreational, cultural, historical, natural, educational, and scientific resources of the National Conservation Area" and to protect threatened and endangered species that are located within the NCA. 16 U.S.C. § 460www. The president of TWS at the time, Bill Meadows, as well as many TWS staff, were greatly involved in efforts

4 — DECLARATION OF SCOTT MILLER

with Senator Robert Bennett and others to negotiate the Washington County Growth and Conservation Act, which led to the designation of the NCA in the Omnibus Public Land Management Act of 2009. Bill Meadows testified on behalf of TWS on the Washington County Growth and Conservation Act on April 22, 2008, before the Senate Subcommittee on Public Lands and Forests.

12.     TWS was also instrumental in passage of the National Landscape Conservation System Act as part of the Omnibus Public Land Management Act of 2009, and has worked to ensure that BLM abides by the System's mission to "conserve, protect, and restore these nationally significant landscapes that have outstanding cultural, ecological, and scientific values for the benefit of current and future generations." 16 U.S.C. § 7202. The NCA is part of that National Landscape Conservation System.

**The Wilderness Society's Involvement in BLM's Resource Management Planning Process (2000-2016)**

13.     After passage of the Omnibus Public Land Management Act of 2009, TWS committed to engaging with its local partners in BLM's planning process for the NCA RMP. More specifically, TWS reviewed and submitted detailed comments on BLM's scoping notice, draft environmental impact statement, final environmental impact statement and proposed RMP.

14.     Since 2009, TWS has been actively engaged in the resource management planning process for the NCA.  Between 2010 and 2016, TWS met dozens of times with BLM staff at either the BLM's state office, the Color Country District Office, or the St. George Field Office to urge BLM to avoid identifying a northern transportation route through the NCA, and TWS submitted other specific proposals for the conservation and protection of the natural and cultural resources of Beaver Dam Wash National Conservation Area. TWS participated in the drafting of

5 — DECLARATION OF SCOTT MILLER

extensive comments, proposals, and recommendations during every possible opportunity for public comment throughout the process. Specifically, TWS submitted scoping comments for this process on July 19, 2010, and comments on the draft RMP on October 16, 2016. TWS also submitted written testimony on February 1, 2016, for a field hearing held on January 22, 2016, in St. George, Utah, by the House Natural Resources Committee Subcommittee on Federal Lands entitled "On Ensuring Local Input, Legal Consistency and Multiple-Use Resource Management in St. George BLM Planning."

15.     During the planning processes for the Beaver Dam Wash and Red Cliffs NCAs, TWS spent numerous hours attending public meetings regarding the RMPs, speaking with media about the natural, cultural, scenic, and other values at issue in the RMPs, drafting fact sheets and summaries of the BLM's plans and environmental impact statement, and educating its members about the issues surrounding the RMPs through its website, and through electronic communications.

16.     TWS also attended a BLM Utah Resource Advisory Committee meeting in March of 2010, where the topics for presentation and discussion were centered around the NCA, and participated in BLM-organized field trips into the NCA during the meetings.

17.     TWS coordinated multiple stakeholder workshops to help train partner groups and others about the planning process and effective public engagement in the process. One workshop was at the start of the planning process (i.e., scoping) and was held in March 2010. Another workshop was coordinated prior to the release of the draft RMP and environmental impact statement in June 2015. TWS was invited by the BLM and participated in multiple collaborative meetings in 2012 to engage in "Landscape Conservation Forecasting," which involved mapping out the main

forms of vegetation in the NCA and assessing the risks and potential treatment options in order to inform the RMPs.

18. In 2013, TWS provided funding for the Colorado Plateau Archaeological Association, a professional Utah-based archaeological group, to survey a portion of the NCA for cultural resources that had been proposed by Washington County for building the proposed Northern Corridor Highway.

19. The actions taken by TWS to actively participate in the planning process were part of a multi-year effort to ensure that the NCA was protected as intended by the language in the Omnibus Public Land Management Act of 2009. We deliberately spent hundreds of hours of staff time and funding on these plans with the ultimate goal of seeing the conservation promise of the legislation realized in the Records of Decision, or final agency action for these plans. We believe that BLM ultimately struck the right balance in the Approved RMP/ROD for the NCA in 2016.

20. TWS has played an active role in the RMP Amendment for the NCA since the public process began in late 2019. TWS submitted scoping comments in January 2020, and comments on the draft RMP Amendment/EIS in September 2020. TWS also participated in virtual presentations and meetings during the comment period for the draft RMP Amendment/EIS period. Finally, we protested the FEIS on December 20, 2020.

**The Wilderness Society's Advocacy and Litigation Against the 2021 Approval of the proposed Northern Corridor Highway**

21. In 2021, BLM issued a decision approving the right-of-way for the proposed Northern Corridor Highway and amending the RMPs. Relatedly, FWS issued corresponding biological opinions and an incidental take permit to Washington County. TWS joined other conservation groups in filing a lawsuit in D.C. district court challenging these decisions. That lawsuit

ultimately resulted in an out-of-court settlement with the Federal agencies as well as a voluntary remand motion filed by the agencies with the Court to remand and reconsider their decisions approving the proposed Northern Corridor Highway. The Court ordered remand on November 16, 2023.

22. After the agencies' reconsideration and supplemental environmental analysis on remand, in 2024, a new decision denying the right-of-way for the Northern Corridor Highway was issued, as well as other associated decisions. TWS supported this outcome given its interests in protecting the natural and cultural values of the NCA.

**If Washington County's Lawsuit is Successful, It Will Harm TWS and Its Members**

23. Washington County's lawsuit threatens to disrupt the remand and settlement process from TWS's prior lawsuit as well as the 2024 decisions denying the right-of-way for the proposed Northern Corridor Highway. The County's complaint directly challenges the agencies' withdrawal of the prior biological opinion for the right-of-way as well as its reinitiation of consultation under the Endangered Species Act. Both processes are a direct result of the favorable litigation and settlement process that TWS was a party to. Washington County has also indicated in its stipulations to extend the stay in this case that it may amend and/or supplement its complaint in response to Defendants' recent decisions.

24. TWS has worked and will continue to work to protect the NCA because of its wilderness, wildlife, cultural, and scenic resources, and the recreational values that depend on them.

25. TWS members and staff use the lands within the planning area for recreation, education, and for an escape to natural places. TWS members and staff enjoy hiking, camping, photography, wildlife watching, birding, biking, and other activities on lands in the NCA that are

the subject of this litigation. TWS staff and members' health, recreational, spiritual, educational, aesthetic, informational and other interests would be directly affected and harmed if a portion of the NCA's currently-preserved wildlife habitat, recreational areas, cultural values, and scenic vistas are disrupted by the proposed four-lane highway.

26. For their recreational, aesthetic and other uses of public lands, TWS members and staff seek out and prefer to use those federal public lands that are more wild; in other words, those lands that are not burdened by development, such as roads, invasive species, unnatural structures, and other modern human developments that tend to mar the landscape, fragment and degrade wildlife habitat, and generally detract from experiencing the areas in a remote and unspoiled state.

27. If Washington County's lawsuit is successful, it threatens TWS's interests in these lands and wildlife by disrupting the agencies' remand process and decisions rejecting the right-of-way. If the proposed Northern Corridor Highway is constructed through the NCA, TWS members' use and enjoyment of these undeveloped landscapes would be greatly diminished. For example, additional construction and fragmentation of the NCA would disturb important wildlife habitat and spoil the scenic, aesthetic, and recreational resources of these areas that TWS members use and enjoy. The Northern Corridor Highway will fragment wildlife habitat and lead to greater wildlife mortality in the NCA, which would decrease TWS members' opportunity to view wildlife, such as Mojave desert tortoise, in these areas. An increase in utility corridors, other development, and associated use will obstruct the viewshed, increase unnatural sounds, create unnatural light that obscures the dark night skies, and decrease a feeling of solitude that TWS members currently experience in the areas. Thus, the health, recreational, scientific, spiritual,

educational, aesthetic, informational, and other interests of TWS members would be directly affected and harmed by the development that may be permitted if the right-of-way and associated decisions are re-approved.

Pursuant to 28 U.S.C. § 1746, I declare, under penalty of perjury, that the foregoing is true and correct.

Executed this 8th day of September 2025, in Boulder, Colorado.

/s/ Scott Miller
(*Signed by Hanna Larsen with permission of Scott Miller*)
/s/ Hanna Larsen