# IN THE UNITED STATES DISTRICT COURT FOR THE

# DISTRICT OF UTAH, CENTRAL DIVISION – SOUTHERN REGION

| | |
|---|---|
| WASHINGTON COUNTY, UTAH,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR; BUREAU OF LAND MANAGEMENT; U.S. FISH AND WILDLIFE SERVICE; and DOES 1 through 10, inclusive,<br><br>    Defendants,<br><br>and<br><br>CONSERVE SOUTHWEST UTAH, *et. al.*,<br><br>    Proposed Defendant-Intervenors. | **DECLARATION OF RANDI SPIVAK**<br><br><br>Case No. 4:24-cv-00067-DN-PK<br><br><br>Judge David Nuffer<br>Magistrate Judge Paul Kohler |

## DECLARATION OF RANDI SPIVAK

I, Randi Spivak, declare:

1. The following facts are personally known to me, and if called as a witness, I could and would competently testify thereto. I am over 18 years of age.

2. I reside in Hancock, Maine, and I am the Public Lands Policy Director for the Center for Biological Diversity ("the Center"). The proposed Northern Corridor Highway and associated decisions at issue in this case would cause harm to the threatened Mojave desert

tortoise, which the Center has worked to protect for decades. Thus, the interests at stake in this case are directly relevant and germane to the goals and purposes of the Center.

3. The Center is a national membership organization, headquartered in Tucson, Arizona. Founded in 1989, the Center is dedicated to the protection and recovery of endangered, threatened, and rare species and their habitats throughout the United States and beyond. In line with its mission, the Center provides oversight of governmental activities that impact all species and their habitats, as well as human health and wellbeing more generally. The Center has been at the forefront of efforts to hold the government accountable for its obligations under the Endangered Species Act and engages in protection efforts and campaigns to ensure that our nation's environmental laws are enforced with respect to imperiled wildlife and habitat, air and water quality, and human health, especially on our public lands. As part of this effort, the Center has long advocated for protections for the threatened Mojave desert tortoise, which occurs in the area that would be negatively affected by the proposed Northern Corridor Highway.

4. The Center has over 96,886 members across the United States, including 864 members in Utah. The Center's members and staff have a well-demonstrated interest in the protection of southwestern Utah's natural landscapes and the wildlife that depend on them. The Center's members have diverse interests including natural history, ecology, conservation, wildlife and native plant observation, nature photography, hiking, camping, backpacking, enjoying quiet and solitude in nature, dark skies, and a love of southwestern Utah's natural landscapes. The Center's members enjoy and use federal public lands, including Red Cliffs National Conservation Area, as places to pursue these activities now and into the future. The Center's members expect and rely upon the BLM to protect species and their habitats, air and

water quality and viewsheds of these lands, most especially when an act of Congress has recognized an area as a National Conservation Area for the express purpose to "conserve, protect, and enhance for the benefit and enjoyment of present and future generations the ecological, scenic, wildlife, recreational, cultural, historical, natural, educational, and scientific resources of the National Conservation Area" and "to protect each species that is located in the NCA; and listed as threatened and endangered on the list of threatened species or the list of endangered species…" *See* 16 U.S.C. § 460www (establishing the Red Cliffs National Conservation Area).

5.     As Public Lands Policy Director, I oversee the Center's policy work to protect federal public lands, including the Red Cliffs National Conservation Area, and the wildlife species that depend on these public lands for their survival and recovery. This work involves public outreach and education, media, legislative, policy, and administrative advocacy relating to public lands management including how extractive uses affect ecosystems and wildlife, including road building, mining, federal fossil fuel development, logging, livestock grazing, and other uses of public lands.

6.     For more than three decades, the Center for Biological Diversity has fought to protect the Mojave desert tortoise and its habitat in Utah, Nevada, Arizona and California. We continue to be instrumental in safeguarding millions of acres of federally designated critical habitat, including defending in court efforts to harm critical habitat designations, by challenging threats from destructive development, grazing, and off-road vehicles. We have also consistently been a determined watchdog, ensuring that protections for the tortoise are fully enforced and that this iconic species has a real chance at survival.

7. The Center's staff has been engaged in the proposal to bulldoze a highway through the Red Cliffs NCA protected area since the beginning, helping to fend off attempts to legislate the highway in 2018, as well as engaging through all stages of the NEPA process.

8. In BLM and FWS's initial decision-making process in 2021, we submitted detailed comments in coalition with Conserve Southwest Utah through the environmental review process, as well as engaged in an administrative protest concerning the proposal and in coalition, submitted a notice of intent to sue regarding the inadequacy of the biological opinion for the Northern Corridor Highway project and the biological opinion for the related Washington County HCP. We worked with the media and engaged our members and supporters through action alerts that generated thousands of comments.

9. Given the unlawfulness of BLM's prior decision approving the Northern Corridor Highway through Red Cliffs NCA, the Center was part of a coalition challenging the approval and associated decisions in D.C. District Court. That case resulted in the federal agencies voluntarily remanding their decisions as well as a favorable settlement with Plaintiffs, including the Center.

10. The Center has since been actively engaged in the remand process, including by participating in the supplemental EIS NEPA process. The Center is deeply concerned about the harm a four-lane highway will have on the threatened Mojave desert tortoise and its habitat and strongly supports BLM's decision to deny the Northern Corridor Highway.

11. The region of southern Utah that would be adversely harmed by the Northern Corridor Highway is important for the Center and the Center's members because it provides important habitat for the imperiled Mojave desert tortoise, and offers opportunities for outdoor

recreation including hiking, camping, photography, and wildlife viewing. Construction of the Northern Corridor Highway through the Red Cliffs National Conservation Area, as well as the associated development, would irreparably damage important Mojave desert tortoise habitat, displace and harm Mojave desert tortoise, and cause considerable noise and traffic in an area that has been protected for its scenic and wild characteristics. These harms are incompatible with our member's continued use and enjoyment of this region and undermine the Center's organizational mission.

12. This litigation, challenging the renewed Endangered Species Act consultation that we achieved through our settlement in prior litigation, threatens harm to the interests of the Center and its members in protecting the Mojave desert tortoise and its habitat. If Washington County receives its requested relief, it would undermine our recent progress on the above-described issues and reinstate decision-making that will lead to the development of the Northern Corridor Highway, posing renewed threat to the Center's interests. Although the Center supports BLM's 2024 decision to deny the right-of-way for the Northern Corridor Highway, I am extremely concerned that Federal Defendants in this case will not adequately or even remotely represent the Center's interests given their previous positions on this issue.

13. A court order rejecting Washington County's challenges to the amended biological opinion would protect against the identified harm to the Center's members' interests and our organizational mission.

14. I have recreated in the Red Cliffs National Conservation Area, which is special to me for many of the same reasons I have described for innumerable Center members above. I plan

to return to Red Cliffs National Conservation Area in the fall of 2025 to enjoy this spectacular area including, hopefully sighting a Mojave Desert Tortoise.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 11, 2025

/s/ Randi Spivak
*(Signed by Hanna Larsen with permission of Randi Spivak)*
/s/ Hanna Larsen