IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF UTAH, CENTRAL DIVISION – SOUTHERN REGION

| | |
|---|---|
| WASHINGTON COUNTY, UTAH,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR; BUREAU OF LAND MANAGEMENT; U.S. FISH AND WILDLIFE SERVICE; and DOES 1 through 10, inclusive,<br><br>Defendants,<br><br>and<br><br>CONSERVE SOUTHWEST UTAH, *et. al.*,<br><br>Proposed Defendant-Intervenors. | DECLARATION OF STACEY WITTEK<br><br><br>Case No. 4:24-cv-00067-DN-PK<br><br><br>Judge David Nuffer<br>Magistrate Judge Paul Kohler |

**DECLARATION OF STACEY WITTEK**

I, Stacey Wittek, declare as follows:

1. My name is Stacey Wittek. I am a resident of Washington City, UT. I have personal knowledge of each of the facts set forth below, and if called upon to do so, could and would testify regarding the following.

2. I am currently the Public Lands Program Manager of Conserve Southwest Utah ("CSU"). I have held this position since December 2nd, 2024. I first became a member of CSU in 2025. In

1 — DECLARATION OF STACEY WITTEK

my role as Public Lands Program Manager, I design and lead grassroots campaigns to protect Southwest Utah's public lands. This includes developing communications plans and outreach strategies that raise awareness, build public support, and demonstrate community backing for land protection.

3. I build and maintain a diverse coalition of supporters, working with Indigenous groups, conservation organizations, recreation groups, and local communities. My role involves organizing and mobilizing these varied voices to defend local public lands effectively.

4. I maintain collaborative relationships with local government and public lands management agencies, recognizing that successful conservation requires working within existing systems while advocating for stronger protections.

5. I monitor threats to public land protections and develop response plans to address challenges as they arise. This ensures our coalition can respond quickly and effectively when needed.

6. I engage the public through community activities, events, and presentations that educate people about Southwest Utah public land issues and inspire them to take action.

7. As a public spokesperson, I represent our organization at community events, deliver presentations to various audiences, and respond to media interviews and press inquiries about public lands protection efforts.

8. This work aims to secure long-term protection for Southwest Utah's public lands while building a sustainable advocacy movement for the future.

**About Conserve Southwest Utah**

9. CSU is a grassroots, 501(c)(3) non-profit organization that represents thousands of Washington County, Utah residents and conservationists in the desert southwest. With over 5,000 local members, CSU's mission is to advocate conservation and stewardship of southwest Utah's natural and cultural resources and to advocate for implementation of smart growth policies that enable this conservation.

10. To achieve its mission, CSU encourages and promotes environmental stewardship on all local public lands, with a focus on the two National Conservation Areas (NCAs) in Washington County: Red Cliffs and Beaver Dam Wash NCAs. CSU also engages in specific land management issues that threaten environmental quality and public access to these two national conservation areas. CSU provides advocacy resources; public lands and water expertise; community livability resources and ideas to encourage environmental-conscious growth; stewardship; community-building; and educational outreach.

**CSU's Work in Red Cliffs NCA**

11. CSU has engaged and continues to engage in advocacy to protect Red Cliffs NCA and its conservation values. For instance, CSU has led numerous habitat restoration projects, organized litter pick-up and trail maintenance projects, and engaged in archaeological site stewardship. CSU also organizes and conducts outreach and education with Washington County residents over the ecological importance of Red Cliffs NCA.

12. CSU has been extensively involved in the opposition to the Northern Corridor Highway placement through Red Cliffs NCA.

13. CSU participated in the initial public comment process for the draft and final environmental impact statement. Additionally, CSU has spent significant time and resources

3 — DECLARATION OF STACEY WITTEK

engaging in public outreach over the Northern Corridor Highway, such as by hosting comment workshops and organizing petitions.

14. After BLM and FWS's 2021 decisions approving the right-of-way through Red Cliffs NCA, CSU joined a lawsuit challenging the agencies' decisions in D.C. District Court. That lawsuit resulted in a favorable out-of-court settlement with Plaintiffs, including CSU, and the voluntary remand of the decisions for new environmental analysis.

15. CSU remained actively engaged during the remand process, including by submitting scoping comments and comments on the draft supplemental EIS. CSU garnered public support which resulted in over 5,500 public comments during the December 2023 scoping period and over 4,500 public comments during the May-July 2024 draft supplemental EIS comment period—all in support of protecting Red Cliffs NCA from the proposed highway. Additionally, CSU garnered local homeowner support through 12 neighborhood meetings, 4 presentations at local Homeowners Association meetings, and outreach to more than 500 residents living in neighborhoods adjacent to the proposed Northern Corridor Highway, resulting in 370 signatures on the Homeowners Against the Highway Petition, which documents the desire of nearby homeowners to protect the Red Cliffs NCA and their concerns about the proposed highway's negative impacts to quality of life, health and safety, scenic open space, and recreational opportunities. CSU also made regular outreach to the local recreation community to educate, inform, and take action to permanently protect both Red Cliffs NCA Zone 3 and Zone 6 (Greater Moe's Valley Area) and initiated a *Save Moe's Valley* petition directed at Washington County officials which currently has over 17,000 signatures.

16.     CSU supports BLM and FWS's 2024 lawful decisions denying the right-of-way, and issuing amended biological opinions and a new incidental take permit to Washington County that no longer includes the Northern Corridor Highway. This outcome protects the conservation values of Red Cliffs NCA and is in line with CSU's longstanding advocacy.

**Washington County's Lawsuit Threatens Harm to CSU and Its Members**

17.     Washington County's lawsuit, which challenges federal actions that occurred as a consequence of our settlement agreement and the legal violations in the prior 2021 decisions, threatens the interests of CSU and its members and staff. CSU members and staff use and enjoy Red Cliffs NCA for hiking, biking, rock climbing, viewing cultural resources, photography, looking for and observing wildlife, trail running, and spiritual fulfillment. CSU members and staff seek out and prefer federal public lands that are wild and with minimal impact by humans.

18.     If Washington County receives the relief it requests in this lawsuit—which is aimed at reversing BLM's updated biological evaluations and reviving analysis that accompanied approval of the Northern Corridor Highway—CSU members' and staff's use and enjoyment of these otherwise undeveloped, pristine lands would be under renewed threat of being diminished. Similarly, if Washington County seeks to amend or supplement its complaint to request additional relief against the 2024 decisions rejecting the Northern Corridor Highway, CSU's interest will be further harmed. The quiet and solitude CSU members and staff seek in these public lands are threatened by disruption from the noise and traffic affiliated with the highway, as well as the stark change to the aesthetic nature of Red Cliffs. Moreover, CSU members and staff would be harmed by the impact to wildlife, especially the Mojave desert tortoise whom many members specifically visit Red Cliffs NCA to view.

5 — DECLARATION OF STACEY WITTEK

19. CSU members also include residents of Green Springs who will be harmed due to the proximity of their residences to the Northern Corridor Highway. These members will suffer from the dust, noise, and visual impacts of the highway, which will degrade the otherwise pristine natural area. They will also suffer from a likely depreciation of their property values.

20. For all of the above reasons, as well as the reasons set out in the other declarations of CSU members filed in this case, the recreational, spiritual, cultural, aesthetic, visual, and economic interests of CSU members and staff would be directly affected if Washington County's lawsuit is successfully in overturning any of BLM and FWS's decisions as well as if the Northern Corridor Highway ultimately goes forward. At the same time, CSU is worried that Federal Defendants will not adequately represent their interests in defending the 2024 decisions denying the right-of-way. Given the history of this issue, including the agencies' prior decisions approving the right-of-way, CSU worries that the agencies may change their position under the pressure of this lawsuit.

21. Additionally, CSU's interests in protecting Red Cliffs NCA from development and protecting wildlife are not the same as Federal Defendants' broader interests. CSU may need to present to the court different and additional information based on its longstanding involvement on these issues. CSU is also concerned about the prospect of settlement discussions that might arise, and the results of such discussions if CSU is not allowed to participate in the litigation. CSU has thus determined it is essential to intervene and obtain party status to advocate for the organization's and our member's interests in protecting Red Cliffs NCA and the wildlife and natural resources values within from the adverse impacts of a four-lane highway, and to clearly present our relevant information on the issues raised in this litigation.

6 — DECLARATION OF STACEY WITTEK

22.     Accordingly, CSU and its members' interests would be protected and the injuries described above prevented by an order from this court affirming Federal Defendants' decisions.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed this 8th day of September 2025, in St. George, Utah.

/s/ Stacey Wittek
*(Signed by Hanna Larsen with permission of Stacey Wittek)*
/s/ Hanna Larsen
