Stephen H.M. Bloch (# 7813)
Hanna Larsen (#18458)
SOUTHERN UTAH WILDERNESS ALLIANCE
425 East 100 South
Salt Lake City, Utah 84111
Telephone: (801) 486-3161
steve@suwa.org
hanna@suwa.org

Todd Tucci (Idaho Bar # 6526) (*pro hac vice* application forthcoming)
Hannah Goldblatt (Oregon Bar # 205324) (*pro hac vice* application forthcoming)
Andrew Hursh (Montana Bar # 68127109) (*pro hac vice* application forthcoming)
ADVOCATES FOR THE WEST
P.O. Box 1612 Boise, Idaho 83702
Telephone: (208) 342-7024
ttucci@advocateswest.org
hgoldblatt@advocateswest.org
ahursh@advocateswest.org

*Attorneys for Proposed Defendant-Intervenors Conservation Groups*

## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF UTAH, CENTRAL DIVISION – SOUTHERN REGION

| | |
|---|---|
| WASHINGTON COUNTY, UTAH,<br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR; BUREAU OF LAND MANAGEMENT; U.S. FISH AND WILDLIFE SERVICE; and DOES 1 through 10, inclusive,<br>Defendants,<br><br>and<br><br>CONSERVE SOUTHWEST UTAH, *et. al.*,<br>Proposed Defendant-Intervenors. | **[PROPOSED] ORDER GRANTING [PROPOSED] DEFENDANT-INTERVENORS' MOTION TO INTERVENE**<br><br>Case No. 4:24-cv-00067-DN-PK<br>Judge David Nuffer<br>Magistrate Judge Paul Kohler |

This matter comes before the Court upon the Motion to Intervene filed by proposed Defendant-Intervenors Conserve Southwest Utah, *et al.* ("CSU"). Having reviewed the Motion and determined that intervention is warranted, CSU's Motion is GRANTED.

Signed this ___ day of _____, 2025.

BY THE COURT:

                                                            _____
                                                            DAVID NUFFER
                                                            United States District Judge

                                                            PAUL KOHLER

United States Magistrate Judge