Stephen H.M. Bloch (# 7813)
SOUTHERN UTAH WILDERNESS ALLIANCE
425 East 100 South
Salt Lake City, Utah 84111
Telephone: (801) 486-3161
steve@suwa.org

Attorney for Proposed Defendant-Intervenors
Conserve Southwest Utah *et al.*

## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF UTAH, CENTRAL DIVISION – SOUTHERN REGION

| | |
|---|---|
| WASHINGTON COUNTY, UTAH, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF THE INTERIOR; BUREAU OF LAND MANAGEMENT; U.S. FISH AND WILDLIFE SERVICE; and DOES 1 through 10, inclusive, <br><br> Defendants, <br><br> and <br><br> CONSERVE SOUTHWEST UTAH; CONSERVATION LANDS FOUNDATION; CENTER FOR BIOLOGICAL DIVERSITY; SOUTHERN UTAH WILDERNESS ALLIANCE; WILDERNESS SOCIETY; and WILDEARTH GUARDIANS, <br><br> Proposed Defendant-Intervenors. | Case No. 4:24-cv-00067-DN-PK <br><br> **NOTICE OF APPEARANCE** <br><br><br> Judge David Nuffer <br> Magistrate Judge Paul Kohler |

Notice is hereby given of the entry of the undersigned as counsel for Proposed

Defendant-Intervenors Conserve Southwest Utah *et al.* in the above-captioned action.  Pursuant

to Fed. R. Civ. P. 5, all further notice and copies of pleadings, papers, and other materials relevant to this action should be directed to and served upon:

>Stephen H.M. Bloch
>Southern Utah Wilderness Alliance
>425 East 100 South
>Salt Lake City, UT 84111
>steve@suwa.org

>/s/ Stephen Bloch
>Stephen Bloch
>
>*Attorney for Proposed Defendant-Intervenors*