# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF UTAH, CENTRAL DIVISION – SOUTHERN REGION

| | |
|---|---|
| WASHINGTON COUNTY, UTAH, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF THE INTERIOR; BUREAU OF LAND MANAGEMENT; U.S. FISH AND WILDLIFE SERVICE; and DOES 1 through 10, inclusive, <br><br> Defendants, <br><br> and <br><br> CONSERVE SOUTHWEST UTAH, *et al.*, <br><br> Proposed Defendant-Intervenors. | Case No. 4:24-cv-00067-DN-PK <br><br> **[PROPOSED] ORDER GRANTING MOTION FOR *PRO HAC VICE* ADMISSION OF HANNAH GOLDBLATT** <br><br><br> Judge David Nuffer <br> Magistrate Judge Paul Kohler |

Before the court is Local Counsel's Motion for Pro Hac Vice Admission of Hannah Goldblatt. Based on the motion and for good cause appearing,

**IT IS HEREBY ORDERED** that the motion is GRANTED.

DATED this _____ day of _____, 20_____.

BY THE COURT:

_____
The Honorable Paul Kohler
United States Magistrate Judge