Stephen H.M. Bloch (# 7813)
SOUTHERN UTAH WILDERNESS ALLIANCE
425 East 100 South
Salt Lake City, Utah 84111
Telephone: (801) 486-3161
steve@suwa.org

Attorney for Proposed Defendant-Intervenors

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF UTAH, CENTRAL DIVISION – SOUTHERN REGION

| | |
|---|---|
| WASHINGTON COUNTY, UTAH,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF THE INTERIOR; BUREAU OF LAND MANAGEMENT; U.S. FISH AND WILDLIFE SERVICE; and DOES 1 through 10, inclusive,<br><br>    Defendants,<br><br>    and<br><br>CONSERVE SOUTHWEST UTAH, *et al.*,<br><br>    Proposed Defendant-Intervenors. | Case No. 4:24-cv-00067-DN-PK<br><br>**MOTION FOR *PRO HAC VICE* ADMISSION OF ANDREW HURSH**<br><br><br>Judge David Nuffer<br>Magistrate Judge Paul Kohler |

I move for the pro hac vice admission of Andrew Hursh (Applicant) as counsel for Proposed Defendant-Intervenors, and I consent to serve as local counsel. I am an active member of this court's bar.

The application and proposed order are attached as exhibits, and the admission fee will be paid to the court at the time of filing. I certify that I have verified with the Applicant that the

information contained in the application is true and accurate.

DATED: September 12, 2025.

/s/ Stephen Bloch
Stephen Bloch
Southern Utah Wilderness Alliance
425 East 100 South
Salt Lake City, Utah 84111
Phone: 801 428 3981
Fax: 801 486 4233
steve@suwa.org

Attorney for Proposed Defendant-Intervenors