

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
# APPLICATION FOR PRO HAC VICE ADMISSION

## CONTACT INFORMATION

| | |
|---|---|
| Local Counsel: | Stephen H.M. Bloch |
| Firm: | Southern Utah Wilderness Alliance |
| Address: | 425 East 100 South |
| | Salt Lake City, Utah 84111 |
| Telephone: | (801) 486-3161 |
| Email: | steve@suwa.org |

| | |
|---|---|
| Pro Hac Vice Applicant: | Andrew Hursh |
| Firm: | Advocates for the West |
| Address: | P.O. Box 1612 |
| | Boise, Idaho |
| Telephone: | (208) 268-5210 |
| Email: | ahursh@advocateswest.org |

An applicant who intend to become a member of the Utah State Bar, please identify the type of admission you seek:

☐ Admission by Bar Examination
☐ Admission by UBE Transfer
☐ Motion/Reciprocal

## STATE AND FEDERAL BAR MEMBERSHIPS

| Jurisdiction | Bar Number | Date of Admission |
|---|---|---|
| Montana (State) | 68127109 | 10/05/2021 |
| District of Montana (Federal) | | 07/19/2022 |
| Ninth Circuit Court of Appeals | | 09/05/2023 |
| District of Colorado (Federal) | | 5/30/2024 |
| Idaho (State) | 12644 | 09/16/2024 |
| District of Idaho (Federal) | | 02/06/2025 |

Have you ever been the subject of disciplinary action by any bar or court to which you have been admitted?   ☐ Yes   ☒ No

If yes, please explain:

| |
|---|
| |

## LIST PRO HAC VICE ADMISSIONS TO THE DISTRICT OF UTAH IN THE PREVIOUS 5 YEARS

| Case Name | Case Number | Date of Admission |
|---|---|---|
| American Farm Bureau Federation et al. v. U.S. Dep't of Interior et al. | 2:24-cv-00665-DBB-DAO | 10/03/2024 |
| | | |
| | | |
| | | |
| | | |
| | | |

If you have been admitted pro hac vice in 3 unrelated cases in this district in the previous 5 years, please explain your reason(s) for not seeking admission to the Utah State Bar:

| | | |
|---|---|---|
| I certify that I am a member in good standing of all bars and courts to which I have been admitted. | ☒ Yes | ☐ No |
| I certify that I have read and will comply with the Utah Rules of Professional Conduct and the Utah Standards of Professionalism and Civility. | ☒ Yes | ☐ No |
| I certify that I am not a member of the Utah State Bar. | ☒ Yes | ☐ No |
| I certify that I have listed all cases in which I have been admitted pro hac vice this district in the previous 5 years. | ☒ Yes | ☐ No |
| I certify that I do not maintain a law office in Utah. | ☒ Yes | ☐ No |
| I certify that the foregoing is true and correct and is subject to the penalty of perjury. | ☒ Yes | ☐ No |

Under DUCivR 83-1.1(d)(2) you must register to efile to receive electronic notification of case activity. Please visit the court's Attorney Admissions webpage for instructions.

/s/ *Andrew Hursh*          9/9/2025
Signature                    Date