# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF UTAH, CENTRAL DIVISION – SOUTHERN REGION

| | |
|---|---|
| WASHINGTON COUNTY, UTAH,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF THE INTERIOR; BUREAU OF LAND MANAGEMENT; U.S. FISH AND WILDLIFE SERVICE; and DOES 1 through 10, inclusive,<br><br>    Defendants,<br><br>    and<br><br>CONSERVE SOUTHWEST UTAH, *et al.*,<br><br>    Proposed Defendant-Intervenors. | Case No. 4:24-cv-00067-DN-PK<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR *PRO HAC VICE* ADMISSION OF ANDREW HURSH**<br><br><br>Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Before the court is Local Counsel's Motion for Pro Hac Vice Admission of Andrew Hursh. Based on the motion and for good cause appearing,

**IT IS HEREBY ORDERED** that the motion is GRANTED.

DATED this _____ day of _____, 20_____.

BY THE COURT:

_____
The Honorable Paul Kohler
United States Magistrate Judge