Stephen H.M. Bloch (# 7813)
SOUTHERN UTAH WILDERNESS ALLIANCE
425 East 100 South
Salt Lake City, Utah 84111
Telephone: (801) 486-3161
steve@suwa.org

Attorney for Proposed Defendant-Intervenors

## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF UTAH, CENTRAL DIVISION – SOUTHERN REGION

| | |
|---|---|
| WASHINGTON COUNTY, UTAH, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF THE INTERIOR; BUREAU OF LAND MANAGEMENT; U.S. FISH AND WILDLIFE SERVICE; and DOES 1 through 10, inclusive, <br><br> Defendants, <br><br> and <br><br> CONSERVE SOUTHWEST UTAH, *et al.*, <br><br> Proposed Defendant-Intervenors. | Case No. 4:24-cv-00067-DN-PK <br><br> **MOTION FOR *PRO HAC VICE* ADMISSION OF TODD C. TUCCI** <br><br><br> Judge David Nuffer <br> Magistrate Judge Paul Kohler |

I move for the pro hac vice admission of Todd C. Tucci (Applicant) as counsel for Proposed Defendant-Intervenors, and I consent to serve as local counsel. I am an active member of this court's bar.

The application and proposed order are attached as exhibits, and the admission fee will be paid to the court at the time of filing. I certify that I have verified with the Applicant that the

information contained in the application is true and accurate.

DATED: September 12, 2025.

/s/ Stephen Bloch
Stephen Bloch
Southern Utah Wilderness Alliance
425 East 100 South
Salt Lake City, Utah 84111
Phone: 801 428 3981
Fax: 801 486 4233
steve@suwa.org

Attorney for Proposed Defendant-Intervenors