

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
# APPLICATION FOR PRO HAC VICE ADMISSION

## CONTACT INFORMATION

| | |
|---|---|
| Local Counsel: | Stephen Bloch |
| Firm: | Southern Utah Wilderness Alliance |
| Address: | 425 East 100 South |
| | Salt Lake City, UT 84111 |
| Telephone: | (801) 428-3981 |
| Email: | steve@suwa.org |
| Pro Hac Vice Applicant: | Todd C. Tucci |
| Firm: | Advocates for the West |
| Address: | PO Box 1612 |
| | Boise, Idaho 83702 |
| Telephone: | 208.724.2142 |
| Email: | ttucci@advocateswest.org |

Pro hac vice applicants who intend to become a member of the Utah State Bar, please identify the type of admission you are seeking.

☐ Admission by Bar Examination
☐ Admission by UBE Transfer
☐ Motion/Reciprocal

## BAR MEMBERSHIP

| Jurisdiction | Bar Number | Date of Admission |
|---|---|---|
| Massachusetts State Bar (retired) | 648652 | January 19, 2001 |
| Idaho State Bar | 6526 | April 25, 2002 |
| U.S. District Court for the District of Idaho | | April 25, 2002 |
| U.S. Court of Appeals for the Ninth Circuit | | November 26, 2007 |
| U.S. District Court for the District of Colorado | | January 20, 2015 |
| U.S. District Court for the District of Columbia | ID0001 | May 6, 2019 |

| Have you ever been the subject of disciplinary action by any bar to which you have been admitted? | ☐ Yes | ☒ No |
|---|---|---|

If yes, please explain:

| n/a |
|---|

**LIST ALL PRO HAC VICE ADMISSIONS TO THE DISTRICT OF UTAH**

| Case Name | Case Number | Date of Admission |
|---|---|---|
| Friends of Cedar Mesa v. USDOI | 19-cv-00013-DN | 02/07/2019 |
| State of Utah v. Haaland | 24-cv-00438-DBB-DAO | 07/29/2024 |
| American Farm Bur. v. USDOI | 24-cv-00665-DBB-DAO (Related Case) | 10/02/2024 |
| | | |
| | | |
| | | |

| I certify that I am a member in good standing of all bars to which I have been admitted. | ☒ Yes | ☐ No |
|---|---|---|
| I certify that I have read and will comply with the Utah Rules of Professional Conduct and the Utah Standards of Professionalism and Civility. | ☒ Yes | ☐ No |
| I certify that the foregoing is true and correct and is subject to the penalty of perjury. | ☒ Yes | ☐ No |

_____
Signature

_9.12.2025_____
Date