Stephen H.M. Bloch (# 7813)
Hanna Larsen (#18458)
SOUTHERN UTAH WILDERNESS ALLIANCE
425 East 100 South
Salt Lake City, Utah 84111
Telephone: (801) 486-3161
steve@suwa.org
hanna@suwa.org

Todd Tucci (Idaho Bar # 6526) (admitted *pro hac vice*)
Hannah Goldblatt (Oregon Bar # 205324) (admitted *pro hac vice*)
Andrew Hursh (Montana Bar # 68127109) (admitted *pro hac vice*)
ADVOCATES FOR THE WEST
P.O. Box 1612 Boise, Idaho 83702
Telephone: (208) 342-7024
ttucci@advocateswest.org
hgoldblatt@advocateswest.org
ahursh@advocateswest.org

Attorneys for Proposed Defendant-Intervenors Conservation Groups

**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF UTAH, CENTRAL DIVISION – SOUTHERN REGION**

| | |
|---|---|
| WASHINGTON COUNTY, UTAH,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR; BUREAU OF LAND MANAGEMENT; U.S. FISH AND WILDLIFE SERVICE; and DOES 1 through 10, inclusive,<br><br>Defendants,<br><br>and<br><br>CONSERVE SOUTHWEST UTAH, et. al.,<br><br>Proposed Defendant-Intervenors. | **NOTICE OF APPEARANCE OF ATTORNEY HANNAH GOLDBLATT**<br><br>Case No. 4:24-cv-00067-DN-PK<br><br>Judge David Nuffer<br>Magistrate Judge Paul Kohler |

## NOTICE OF APPEARANCE OF ATTORNEY HANNAH GOLDBLATT

Pursuant to this Court's order of September 17, 2025, and District of Utah Local Civil Rule 83-1.3, notice is hereby given to this Court and all parties of record that I, Hannah Goldblatt, have been authorized to practice *pro hac vice* in this Court for the above captioned case, and appear as counsel of record for all Plaintiffs in this matter. My address, telephone number, and bar identification number are listed above.

Respectfully Submitted September 17, 2025.

/s/ Hannah Goldblatt
Hannah Goldblatt

Attorney for Proposed Defendant-Intervenors Conservation Groups