Devin Snow, Lead Civil Attorney, UT Bar No. 14330
Washington County Attorney's Office
33 North 100 West
St. George, UT 84770
Telephone: 435.301.7100
Devin.Snow@wcattorney.com

Paul S. Weiland, CA Bar No. 237058
*(Appearing Pro Hac Vice)*
David J. Miller, CA Bar No. 274936
*(Appearing Pro Hac Vice)*
Nossaman LLP
18101 Von Karman Avenue, Suite 1800
Irvine, CA 92612
Telephone: 949.833.7800
pweiland@nossaman.com
dmiller@nossaman.com

Attorneys for Plaintiff Washington County, Utah

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH,**

**SOUTHERN REGION OF THE CENTRAL DIVISION**

| | |
|---|---|
| WASHINGTON COUNTY, UTAH,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. DEPARTMENT OF THE INTERIOR; BUREAU OF LAND MANAGEMENT; U.S. FISH AND WILDLIFE SERVICE; and DOES 1 through 10, inclusive,<br><br>Defendants. | **STIPULATION OF DISMISSAL**<br><br>Case No. 4:24-cv-00067-DN-PK<br><br>District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

1

63770263

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the undersigned parties hereby stipulate to the voluntary dismissal, without prejudice, of all claims in Plaintiff's Complaint (ECF No. 2). IT IS FURTHER STIPULATED AND AGREED that each party will bear its own fees and costs.

Dated: September 23, 2025                Respectfully submitted,

| | |
|---|---|
| */s/ Paul S. Weiland* | */s/ Rickey D. Turner, Jr. (auth. 9/22/25)* |
| Paul S. Weiland, CA Bar No. 237058 | Rickey D. Turner, Jr. |
| *(Appearing Pro Hac Vice)* | Senior Attorney |
| David J. Miller, CA Bar No. 274936 | U.S. Department of Justice |
| *(Appearing Pro Hac Vice)* | Environment and Natural Resources Division |
| Nossaman LLP | Wildlife and Marine Resources Section |
| 18101 Von Karman Avenue, Suite 1800 | 999 18th Street, South Terrace, Suite 370 |
| Irvine, CA 92612 | Denver, Colorado 80202 |
| Tel:   949.833.7800 | Tel:   303.844.1373 |
| pweiland@nossaman.com | Fax:   303.844.1350 |
| dmiller@nossaman.com | rickey.turner@usdoj.gov |
| | |
| Devin Snow, Lead Civil Attorney | *Counsel for Defendants* |
| Washington County Attorney's Office | |
| 33 North 100 West | |
| St. George, Utah 84770 | |
| Tel:   435.301.7100 | |
| Devin.Snow@wcattorney.com | |
| | |
| *Attorneys for Plaintiff* | |
| *Washington County, Utah* | |

## **<u>CERTIFICATE OF SERVICE</u>**

   I hereby certify that I electronically filed the foregoing document with the United States District Court for the District of Utah on September 23, 2025, via the Court's CM/ECF system, and that parties and their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system.

Dated:  September 23, 2025

                *<u>/s/ Paul S. Weiland</u>*
                 Paul S. Weiland

63770263