THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| WASHINGTON COUNTY, UTAH,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR;<br>*et. al.*,<br><br>　　　　　　　　　　Defendant. | **ORDER GRANTING STIPULATION OF VOLUNTARY DISMISSAL**<br><br>Case No. 4:24-cv-00067-DN-PK<br><br>District Judge David Nuffer |

On September 23, 2025, the parties submitted a Stipulation of Dismissal pursual to Fed. R. Civ. P. 41(a)(1)(A)(ii).[1] Under Fed. R. Civ. P. 41(a)(1)(A)(ii) a plaintiff may voluntarily dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared.[2] That has happened here.

IT IS HEREBY ORDERED:

1. This matter is VOLUNTARILY DISMISSED.

2. All pending motions are DENIED AS MOOT.[3]

3. Both parties will bear its own fees and costs.

4. The Clerk is ordered to CLOSE this case.

Signed September 24, 2025.

BY THE COURT

David Nuffer
United States District Judge

---

[1] Stipulation of Dismissal, docket no. 42, filed September 23, 2025.

[2] Fed. R. Civ. P. 41(a)(1)(A)(ii).

[3] Motion to Intervene and Memorandum in Support, docket no. 31, filed September 15, 2025.